## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC., <br><br> Plaintiff <br><br> v. <br><br> AGUSTAWESTLAND INC., et al., <br><br> Defendants. | Civil Action No. 05-0009199 <br> Calendar No. 8 <br> Judge Blackburne-Rigsby <br> Next Event: Initial Conference <br> (3/3/06) |

### ACKNOWLEDGMENT OF SERVICE ON DEFENDANTS AGUSTAWESTLAND INC. AND DANIEL G. HILL

Pursuant to Rule 4(c)(4) of the District of Columbia Superior Court Rules of Civil Procedure, on November 29, 2005, David A. Holzworth, Esq., of the law firm Lepon Holzworth & Kato, PLLC, accepted service of process on behalf of AgustaWestland Inc. and Daniel G. Hill in the above captioned matter. Acceptance of service of process on behalf of AgustaWestland Inc. and Daniel G. Hill is evidenced in a letter from Gregory B. Craig, Esq., attached hereto as Exhibit 1, which conforms substantially to the Form 1-A Notice and Acknowledgment of Service.

LAW OFFICES
WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D.C. 20005

AREA CODE 202
434-5000



EXHIBIT 2

- 2 -

Respectfully Submitted,

Dated: December 2, 2005

WILLIAMS & CONNOLLY LLP

By: *Gregory B Craig*
Gregory B. Craig (D.C. Bar 164640)

725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

Attorney for Plaintiff, Chlopak, Leonard, Schechter and Associates, Inc.

# EXHIBIT 1

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

GREGORY B. CRAIG
(202) 434-5506
FAX (202) 434-5760
gcraig@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

November 28, 2005

**Via Federal Express**

David A. Holzworth, Esq.
Lepon Holzworth & Kato, PLLC
1225 19th Street, N.W.
Suite 500
Washington, DC 20036

Re:   *Chlopak, Leonard, Schechter & Associates, Inc. v.*
      *AgustaWestland Inc. and Daniel G. Hill*
      DC Civil Action No. 05-0009199

Dear Mr. Holzworth:

Thank you for agreeing to accept service of the summons and complaint on behalf of each of the defendants in the above-referenced matter. Enclosed are copies of the Summons and Complaint directed to AgustaWestland Inc. and Daniel G. Hill, together with a copy of the court's Initial Order. Please sign below to acknowledge that service has been made on Agusta Westland Inc. and Daniel G. Hill as of today, November 29, 2005, and return this letter to me via facsimile and US Mail.

Sincerely,

Gregory B. Craig

Enclosures

WILLIAMS & CONNOLLY LLP

November 28, 2005
Page 2

I acknowledge that on November 29th, 2005, I accepted service of the summons, complaint, and initial order directed to AgustaWestland Inc. and Daniel G. Hill.

*David A. Holzworth*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December, 2005, I caused to be served, by first class mail, a true and correct copy of the foregoing Proof of Service on Defendants AgustaWestland Inc. and Daniel G. Hill, upon all parties or their counsel of record, at the following addresses:

David A. Holzworth, Esq.
Lepon Holzworth & Kato, PLLC
1225 19th Street, N.W.
Suite 500
Washington, DC 20036

Attorney for Defendants
AgustaWestland Inc. and
Daniel G. Hill

By: *Gregory B. Craig*
Gregory B. Craig (D.C. Bar 164640)

725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

Attorney for Plaintiff, Chlopak, Leonard, Schechter and Associates, Inc.

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

GREGORY B. CRAIG
(202) 434-5506
FAX (202) 434-5760
gcraig@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

December 2, 2005

**VIA MESSENGER**

Clerk, Civil Actions Branch
Superior Court of the District of Columbia
Moultrie Courthouse, Room JM-170
500 Indiana Avenue, NW
Washington, DC 20001-2131

> Re:   ***Chlopak, Leonard, Schechter and Associates, Inc. v. AgustaWestland Inc., et al.,***
> C.A. No. 05-0009199

To The Clerk of the Court:

Enclosed for filing in the above captioned case is an Acknowledgment of Service on Defendants AgustaWestland Inc. and Daniel G. Hill. A copy of the Acknowledgment of Service is being served on counsel for AgustaWestland Inc. and Daniel G. Hill.

Please file stamp the extra copy and return it with the messenger for our files.

Sincerely,

Gregory B. Craig

Enclosures

cc:   David A. Holzworth, Esq.