UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC.<br>1850 M. Street, NW, Suite 550<br>Washington, DC 20036<br>          Plaintiff,<br><br>v.<br><br>AGUSTAWESTLAND, INC.<br>2231 Crystal Drive, Suite 1114<br>Arlington, VA 22202<br><br>DANIEL G. HILL<br>4141 N. Henderson Road, #219<br>Arlington, VA 22203<br>          Defendants. | Civil Action No. |

**DEFENDANT AGUSTAWESTLAND, INC.'S LCvR 7.1 CERTIFICATE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, the undersigned, counsel of record for the Defendant, AgustaWestland, Inc., certify that to the best of my knowledge and belief, Finmeccanica, an Italian corporation, is the only parent company, subsidiary or affiliate of Agusta Westland, Inc., which has any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

By: _____
David A. Holzworth (D.C. Bar 322966)
Hiromi Maruyama (D.C. Bar 484098)
LEPON HOLZWORTH & KATO PLLC
1225 19th Street, N.W., #500
Washington, D.C. 20036
Tel: (202) 857-0242; Fax: (202) 861-0610
Counsel for AgustaWestland, Inc.

Date: Dec 12, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal with Exhibits, and AgustaWestland, Inc.'s Rule 7.1 Certificate were mailed by first class mail, postage pre-paid on _Dec. 12_____, 2005 to the following:

Gregory B. Craig, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.,
Washington, DC 20005

Counsel for Plaintiff

_____
Hiromi Maruyama