UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC.<br>1850 M. Street, NW, Suite 550<br>Washington, DC 20036<br><br>      Plaintiff and<br>      Counterclaim Defendant,<br><br>v.<br><br>AGUSTAWESTLAND, INC.<br>2231 Crystal Drive, Suite 1114<br>Arlington, VA 22202<br><br>      Defendant and<br>      Counterclaim Plaintiff,<br><br>and<br><br>DANIEL G. HILL<br>4141 N. Henderson Road, #219<br>Arlington, VA 22203<br><br>      Defendant. | Civil Docket No.: 1:05-cv-02389-GK |

**ERRATA**

Defendants direct the Plaintiff's and the Court's attention to the Answer and Counterclaim filed on December 19, 2005. Defendants' counsel did not realize that the Certificate of Service could not be electronically filed as a separate entry from the Answer. Defendants, therefore, respectfully request that the Court accept the separate filing of the Certificate of Service, lodged herewith, to be included in the previously-filed Defendant's

1

Answer and Counterclaim.

                          Respectfully submitted,

By: *David A. Holzworth (by hma)*
David A. Holzworth (D.C. Bar 322966)
Hiromi Maruyama (D.C. Bar 484098)
LEPON HOLZWORTH & KATO PLLC
1225 19th Street, N.W., #500
Washington, D.C. 20036
Tel: (202) 857-0242
Fax: (202) 857-0189

Counsel for the Defendants

Date: *Dec. 19, 2005*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHLOPAK, LEONARD,<br>SCHECHTER AND ASSOCIATES, INC.<br>1850 M. Street, NW, Suite 550<br>Washington, DC 20036<br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>v.<br><br>AGUSTAWESTLAND, INC.<br>2231 Crystal Drive, Suite 1114<br>Arlington, VA 22202<br>    Defendant and<br>    Counterclaim Plaintiff,<br>and<br><br>DANIEL G. HILL<br>4141 N. Henderson Road, #219<br>Arlington, VA 22203<br>    Defendant. | Civil Docket No.: 1:05-cv-02389-GK |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants' Answer and Counterclaim was mailed by first class mail, postage pre-paid on December 19, 2005 to the following:

> Gregory B. Craig, Esq.
> Williams & Connolly, LLP
> 725 12th Street, N.W.,
> Washington, DC 20005
>
> Counsel for Plaintiff

Gene Namgoong, Law Clerk
LEPON HOLZWORTH & KATO, PLLC
1225 19th Street, NW, Suite 500
Washington, DC 20036
Tel: 202-857-0242

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants' Errata was mailed by first class mail, postage pre-paid on December 19, 2005 to the following:

Gregory B. Craig, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.,
Washington, DC 20005

Counsel for Plaintiff

_____
Gene Namgoong, Law Clerk
LEPON HOLZWORTH & KATO, PLLC
1225 19th Street, NW, Suite 500
Washington, DC 20036
Tel: 202-857-0242

3