IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC. | )<br>)<br>) |
| Plaintiff | ) Civil Docket No.: 1:05-cv-02389-GK |
| v. | ) Judge Gladys Kessler |
| AGUSTAWESTLAND, INC., et al. | ) |
| Defendants. | ) |

**PLAINTIFF CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC.'S
MOTION TO DISMISS
<u>DEFENDANT AGUSTAWESTLAND, INC.'S COUNTERCLAIMS</u>**

Plaintiff Chlopak, Leonard, Schechter and Associates, Inc., by and through counsel, hereby moves the Court pursuant to Rule 12(b)(6) and Rule 9(b) of the Federal Rules of Civil Procedure to dismiss Defendant AgustaWestland, Inc.'s Counterclaims for failure to state a claim upon which relief can be granted and failure to plead with particularity. The grounds for this motion are set forth in the accompanying memorandum.

Oral argument requested.

Respectfully Submitted,

Dated: January 9, 2006           WILLIAMS & CONNOLLY LLP

By:    /s/ Gregory B. Craig
   Gregory B. Craig  (D.C. Bar  164640)

725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

Attorney for Plaintiff, Chlopak, Leonard, Schechter and Associates, Inc.