**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC.** ) ) ) ) **Plaintiff** ) ) **v.** ) ) **AGUSTAWESTLAND, INC., et al.** ) ) **Defendants.** ) ) | **Civil Docket No.: 1:05-cv-02389-GK** |

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS
DEFENDANT AGUSTAWESTLAND, INC.'S COUNTERCLAIMS**

This matter is before the Court upon the Motion of Plaintiff Chlopak, Leonard, Schechter and Associates, Inc. to dismiss Defendant's Counterclaim by Counterclaim Plaintiff AgustaWestland, Inc. against Counterclaim Defendant Chlopak, Leonard, Schechter and Associates, Inc. pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure.

It is hereby **ORDERED AND ADJUDGED** that the plaintiff's Motion to Dismiss Defendant AgustaWestland, Inc.'s Counterclaims be and hereby is **GRANTED**; and

It is **FURTHER ORDERED AND ADJUDGED** that each of the counterclaims brought therein are dismissed with prejudice.

**DONE AND ORDERED** on this _____ day of _____, 2006.

_____
The Honorable Gladys Kessler
United States District Court Judge

Copies to:

Gregory B. Craig, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

David A. Holzworth, Esq.
Lepon Holzworth & Kato PLLC
1225 19th Street, N.W., #500
Washington, D.C. 20036