00000901455


www.clsdc.com

December 16, 2004

Secretary of the Senate
Office of Public Records
232 Hart Building
Washington, DC 20510

Clerk of the House of Representatives
Legislative Resource Center
B-106 Cannon House Office Building
Washington, DC 20515

Dear Secretary of the Senate and Clerk of the House of Representatives,

Please find enclosed a copy of a Lobbying Registration Form (LD-1) for Chlopak, Leonard, Schechter and Associates, Inc. reflecting our lobbying work to be done on behalf of AgustaWestland. Please note that this registration should have been filed with your office by November 15th and therefore we are late. Unfortunately, our internal notification process experienced a slippage. Please accept my sincere apology and let me know if I need to do anything further due to the tardiness of our registration.

I am the contact person and can be contacted at (202) 289-5900. Thank you for your assistance. If you have any questions, please feel free to contact me at our offices.

Sincerely,

Michael W. Fox
Chief Financial Officer

00000901456

| Clerk of the House of Representatives | Secretary of the Senate |
|---|---|
| Legislative Resource Center | Office of Public Records |
| B-106 Cannon Building | 232 Hart Building |
| Washington, DC 20515 | Washington, DC 20510 |


SECRETARY OF THE SENATE
04 DEC 29 AM 10: 38

# LOBBYING REGISTRATION
Lobbying Disclosure Act of 1995 (Section 4)

Check if this is an Amended Registration ☐
1. Effective Date of Registration __10/01/04__
2. House Identification Number __31666000__   Senate Identification Number __9090-12__

### REGISTRANT
3. Registrant name: **Chlopak, Leonard, Schechter and Associates Inc.**
   Address: **1850 M Street, NW, Suite 550**
   City: **Washington**   State: **DC**   Zip: **20036**
4. Principal place of business (if different from line 3)
   City:   State/Zip (or Country):
5. Telephone number and contact name: **(202) 289-5900**   Contact: **Michael Fox**   E-mail (optional): **mfox@cl**
6. General description of registrant's business or activities
   **Engaged in providing Public Relations & Public Affairs Services**

### CLIENT
A Lobbying firm is required to file a separate registration for each client. Organizations employing in-house lobbyists should label "Self" and proceed to line 10. ☐ Self

7. Client name: **AgustaWestland**
   Address: **2231 Crystal Drive, Suite 1114**
   City: **Arlington**   State: **VA**   Zip: **22202**
8. Principal place of business (if different from line 7)
   City:   State/Zip (or Country):
9. General description of client's business or activities
   **Defense Contracting**

### LOBBYISTS
10. Name of each individual who has acted or is expected to act as a lobbyist for the client identified on line 7. If any person listed in this section has served as a "covered executive branch official" or "covered legislative branch official" within twenty years of first acting as a lobbyist for the client, state the executive and/or legislative position(s) in which the person served.

| Name | Covered Official Position (if ap |
|---|---|
| Peter Schechter | |
| Dan Hill | |
| Josh Wenderoff | |

Form LD-1 (Rev. 06-03)

00000901457

**Registrant Name** Chlopak, Leonard, Schechter and Associates   **Client Name** AgustaWestland

## LOBBYING ISSUES

11. General lobbying issue areas. Select all applicable codes listed in instructions and on the reverse side of Form LD-1, page

DEF    AVI

12. Specific lobbying issues (current and anticipated)

Building the Company's profile in the U.S.

## AFFILIATED ORGANIZATIONS

13. Is there an entity other than the client that contributes more than $10,000 to the lobbying activities of the regis a semiannual period and in whole or in major part plans, supervises or controls the registrant's lobbying activ

☒ No → Go to line 14.    ☐ Yes ↓ Complete the rest of this section for each entity that the criteria above, then proceed to line 14.

| Name | Address | Principal Place of Business (city and state or country) |
|---|---|---|
|  |  |  |

## FOREIGN ENTITIES

14. Is there any foreign entity that:

   a) holds at least 20% equitable ownership in the client or any organization identified on line 13; OR
   b) directly or indirectly, in whole or in major part, plans, supervises, controls, directs, finances or su activities of the client or any organization identified on line 13; OR
   c) is an affiliate of the client or any organization identified on line 13 and has a direct interest in the of the lobbying activity?

☐ No → Sign and date the registration.    ☒ Yes ↓ Complete the rest of this section for eac matching the criteria above, then sign a registration.

| Name | Address | Principal place of business (city and state or country) | Amount of contribution for lobbying activities |
|---|---|---|---|
| AgustaWestland | Via Giovanni Agusta, 520 21017 Cascina Costa di Samarate (VA) Italy |  |  |

Signature _[signed]_   Date 12/10/04

Printed Name and Title  Michael W Fox  CFO

Form LD-1 (rev. 2001)