## NON-DISCLOSURE AND NON-COMPETITION AGREEMENT

AGREEMENT dated as of April 1, 2002 between Chlopak, Leonard, Schechter & Associates, Inc., a District of Columbia corporation with its principal office at 1850 M Street, N.W., Suite 550, Washington, D.C. 20037, its successors and assigns (collectively, the "Employer"), and Daniel Hill (the "Employee"), in consideration of the Employee's continuation of employment by the Employer.

1. **Non-Disclosure of Confidential and Proprietary Information.** The Employee acknowledges and agrees that his employment will involve exposure and access to highly confidential and sensitive areas of both the Employer's professional service business and the Employer's clients' ("Clients") businesses (collectively, "Confidential and Proprietary Information"), including, without limitation, proprietary information relating to the relationship between the Employer and Client, and their procedures and techniques which are used in the conduct of the Employer and Clients' businesses, intellectual property, costs and prices for providing services, client budgets and needs and other data and information regarding operations, assets, liabilities (absolute and contingent), business plans, personnel, prospects and other information which is known only by, and/or trade secrets proprietary to, the Employer, and Clients, their shareholders and affiliates.

Confidential and Proprietary Information shall not be deemed to include any information that: (i) is in the public domain at the time of the disclosure; or (ii) enters the public domain after the time of disclosure by any means other than breach of this Agreement or any other agreement binding the Employee.

EXHIBIT 2

1850 M Street NW  Suite 550 Washington, DC 20036  •  220 East 42nd Street Suite 408 New York, NY 10017
Phone: (202) 289 5900  Fax: (202) 289 4141                Phone: (212) 515 1908  Fax: (212) 515 1976

*A Gavin Anderson Company*

The Employee shall use his best efforts to protect from disclosure to persons not authorized to receive such information all Confidential and Proprietary Information that comes to the attention of the Employee while employed by the Employer. The Employee shall not at any time during employment or thereafter, regardless of the reason for which the Employee's employment terminates, disclose or make available directly or indirectly, or use for the benefit of the Employee or any person or entity other than the Employer any Confidential and Proprietary Information which the Employee has knowledge of or access to while employed by the Employer. However, the Employee shall not be in breach of this Agreement in the event he discloses Confidential and Proprietary Information as required (i) by applicable law, (ii) by compulsory process, or (iii) in order to defend his legal rights, provided, however, that he shall, to the extent lawful and feasible, give prior notice of such anticipated disclosure to the Employer and reasonably cooperate in any effort by the Employer to prevent or limit such disclosure.

2.   **Non-Solicitation**. Following the termination of Employee's employment for any reason, Employee shall not for a period of twelve (12) months from the date of such termination, (a) solicit any employee of the Employer, to leave such employ to enter the employ of Employee or of any person, firm or corporation with which Employee is then associated or (b) solicit or handle on Employee's own behalf or on behalf of any other person, firm or corporation, the event marketing, public relations, advertising, sales promotion, market research or government relations business of any person or entity which is a client of Employer or has been a client of Employer during the twelve (12) month period prior to the date of the termination of employment with the Employer.

3.   **Enforceability**. If at the time of enforcement of any provision of this Agreement, a court shall hold that the duration or scope restriction of any provision hereof is

1850 M Street NW  Suite 550  Washington, DC 20036   2 -   220 East 42nd Street  Suite 408  New York, NY 10017
Phone: (202) 289 5900  Fax: (202) 289 4141                Phone: (212) 515 1908  Fax: (212) 515 1976

*A Gavin Anderson Company*

unreasonable under circumstances now or then existing, the parties hereto agree that the maximum duration or scope reasonable under the circumstances shall be substituted by the court for the stated duration or scope.

4. **Irreparable Harm.** Employee acknowledges that any breach by him of the provisions of this Agreement shall cause irreparable harm to the Employer and that a remedy at law for any breach or attempted breach of this Agreement will be inadequate, and agrees that the Employer shall be entitled to exercise all remedies available to it, including specific performance and injunctive and other equitable relief, in the case of any such breach or attempted breach.

Employee represents and warrants that the execution and delivery of this Agreement will neither conflict with, nor result in a breach of, an agreement (including without limitation any employment agreement) to which Employee is a party or by which he may be bound or affected. Employee further represents and warrants that he has full right, power and authority to enter into and carry out the provisions of this Agreement.

5. **Waiver of Breach.** The waiver by the Employer of a breach of any provisions of this Agreement by the Employee shall not operate or be construed as a waiver of any subsequent breach by the Employee. No waiver shall be valid unless in writing and signed by the Employer.

6. **Assignment.** The rights and obligation of the Employer under this Agreement shall inure to the benefit of and shall be binding upon the successors and assigns of the Employer.

1850 M Street NW  Suite 550  Washington, DC 20036   3 -    220 East 42nd Street  Suite 408  New York, NY 10017
Phone: (202) 289 5900  Fax: (202) 289 4141          Phone: (212) 515 1908  Fax: (212) 515 1976

A Gavin Anderson Company

7.  **Entire Agreement.** This Agreement contains the entire understanding of the parties relating to the subject matter hereof. It may not be changed orally but only by an agreement in writing signed by both parties.

8.  **Governing Law.** This Agreement has been made under and shall be governed by the Laws of the District of Columbia.

In witness whereof the parties have executed this Agreement as of the date first above written.

EMPLOYEE

By: /s/
Name: Daniel G. Hill

CHLOPAK, LEONARD, SCHECHTER & ASSOCIATES, INC.

By: /s/
Name: Robert D Chlopak
Title: CEO

1850 M Street NW  Suite 550  Washington, DC 20036
Phone: (202) 289 5900  Fax: (202) 289 4141

220 East 42nd Street  Suite 408  New York, NY 10017
Phone: (212) 515 1908  Fax: (212) 515 1976

A Gavin Anderson Company