UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHLOPAK, LEONARD, SCHECHTER
AND ASSOCIATES, INC.
    Plaintiff and
    Counterclaim Defendant,

v.

AGUSTAWESTLAND, INC.
    Defendant and
    Counterclaim Plaintiff,

DANIEL G. HILL
    Defendant.

Civil Action No.: 1:05cv2389
Judge: Gladys Kessler

## ERRATA

Defendant and Defendant/Counterclaim Plaintiff (collectively, Defendants) direct the Plaintiff/Counterclaim Defendant's and the Court's attention to Defendants' Motion for Entry of Protective Order, and memorandum in support thereof filed electronically on January 13, 2006. Defendants inadvertently omitted to file a proposed Protective Order as part of the motion filing. Defendants, therefore, respectfully request that the lodged proposed Protective Order be filed as part of their filing of the Motion for Entry of Protective Order.

Respectfully submitted,

By: _____
David A. Holzworth (D.C. Bar 322966)
Hiromi Maruyama (D.C. Bar 484098)
LEPON HOLZWORTH & KATO PLLC
1225 19th Street, N.W., #500
Washington, D.C. 20036
Tel: (202) 857-0242
Fax: (202) 857-0189
Counsel for the Defendants/Counterclaim Plaintiff

Date: Jan 13, 2006

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants' Errata was mailed by first class mail, postage pre-paid on Jan. 13, 2006 to the following:

>Gregory B. Craig, Esq.
>Williams & Connolly, LLP
>725 12th Street, N.W.,
>Washington, DC 20005
>
>Counsel for the Plaintiff/Counterclaim Defendant