# PRSA Member Code of Ethics
# 2000

Approved by the PRSA Assembly
October, 2000



Public Relations Society of America

EXHIBIT 1

PRSA Member Code of Ethics 2000

# Letter from the PRSA Board of Directors

It is with enormous professional pleasure and personal pride that we, the Public Relations Society of America Board of Directors put before you a new Public Relations Member Code of Ethics for our Society. It is the result of two years of concentrated effort led by the Board of Ethics and Professional Standards. Comments of literally hundreds and hundreds of members were considered. There were focus groups at our 1999 national meeting in Anaheim, California. We sought and received intensive advice and counsel from the Ethics Resource Center, our outside consultants on the project. Additional recommendations were received from your Board of Directors, PRSA staff, outside reviewers, as well as District and Section officers. Extensive research involving analysis of numerous codes of conduct, ethics statements, and standards and practices approaches was also carried out.

In fact, this Member Code of Ethics has been developed to serve as a foundation for discussion of an emerging global Code of Ethics and Conduct for the practice of Public Relations.

This approach is dramatically different from that which we have relied upon in the past. You'll find it different in three powerfully important ways:

1. Emphasis on enforcement of the Code has been eliminated. But, the PRSA Board of Directors retains the right to bar from membership or expel from the Society any individual who has been or is sanctioned by a government agency or convicted in a court of law of an action that is in violation of this Code.

2. The new focus is on universal values that inspire ethical behavior and performance.

1

PRSA Member Code of Ethics 2000

3. Desired behavior is clearly illustrated by providing language, experience, and examples to help the individual practitioner better achieve important ethical and principled business objectives. This approach should help everyone better understand what the expected standards of conduct truly are.

Perhaps most important of all, the mission of the Board of Ethics and Professional Standards has now been substantially altered to focus primarily on education and training, on collaboration with similar efforts in other major professional societies, and to serve an advisory role to the Board on ethical matters of major importance.

The foundation of our value to our companies, clients and those we serve is their ability to rely on our ethical and morally acceptable behavior. Please review this new Member Code of Ethics in this context:

- Its Values are designed to inspire and motivate each of us every day to the highest levels of ethical practice.

- Its Code Provisions are designed to help each of us clearly understand the limits and specific performance required to be an ethical practitioner.

- Its Commitment mechanism is designed to ensure that every Society member understands fully the obligations of membership and the expectation of ethical behavior that are an integral part of membership in the PRSA.

This approach is stronger than anything we have ever had because:

- It will have a daily impact on the practice of Public Relations.

- There are far fewer gray areas and issues that require interpretation.

2

PRSA Member Code of Ethics 2000

- It will grow stronger and be more successful than what we have had in the past through education, through training, and through analysis of behaviors.

The strength of the Code will grow because of the addition of precedent and the ethical experiences of other major professional organizations around the world.

Our new Code elevates our ethics, our values, and our commitment to the level they belong, at the very top of our daily practice of Public Relations.

**PRSA Board of Directors**

PRSA Member Code of Ethics 2000

# A Message from the PRSA Board of Ethics and Professional Standards

*Our Primary Obligation*

The primary obligation of membership in the Public Relations Society of America is the ethical practice of Public Relations.

The PRSA Member Code of Ethics is the way each member of our Society can daily reaffirm a commitment to ethical professional activities and decisions.

- The Code sets forth the principles and standards that guide our decisions and actions.

- The Code solidly connects our values and our ideals to the work each of us does every day.

- The Code is about what we should do, and why we should do it.

The Code is also meant to be a living, growing body of knowledge, precedent, and experience. It should stimulate our thinking and encourage us to seek guidance and clarification when we have questions about principles, practices, and standards of conduct.

Every member's involvement in preserving and enhancing ethical standards is essential to building and maintaining the respect and credibility of our profession. Using our values, principles, standards of conduct, and commitment as a foundation, and continuing to work together on ethical issues, we ensure that the Public Relations Society of America fulfills its obligation to build and maintain the

4

PRSA Member Code of Ethics 2000

framework for public dialogue that deserves the public's trust and support.

### The Members of the 2000 Board of Ethics and Professional Standards

Robert D. Frause, APR, Fellow PRSA
Chairman BEPS
Seattle, Washington

Kathy R. Fitzpatrick, APR
Gainesville, Florida

Linda Welter Cohen, APR
Tucson, Arizona

James R. Frankowiak, APR
Tampa, Florida

James E. Lukaszewski, APR, Fellow PRSA
White Plains, New York

Roger D. Buehrer, APR
Fellow PRSA
Las Vegas, Nevada

Jeffrey P. Julin, APR
Denver, Colorado

David M. Bicofsky, APR, Fellow PRSA
Teaneck, New Jersey

James W. Wyckoff, APR
New York, New York

5

PRSA Member Code of Ethics 2000

# PREAMBLE

## Public Relations Society of America Member Code of Ethics 2000

- Professional Values
- Principles of Conduct
- Commitment and Compliance

This Code applies to PRSA members. The Code is designed to be a useful guide for PRSA members as they carry out their ethical responsibilities. This document is designed to anticipate and accommodate, by precedent, ethical challenges that may arise. The scenarios outlined in the Code provision are actual examples of misconduct. More will be added as experience with the Code occurs.

The Public Relations Society of America (PRSA) is committed to ethical practices. The level of public trust PRSA members seek, as we serve the public good, means we have taken on a special obligation to operate ethically.

The value of member reputation depends upon the ethical conduct of everyone affiliated with the Public Relations Society of America. Each of us sets an example for each other - as well as other professionals - by our pursuit of excellence with powerful standards of performance, professionalism, and ethical conduct.

Emphasis on enforcement of the Code has been eliminated. But, the PRSA Board of Directors retains the right to bar from membership or expel from the Society any individual who has been or is sanctioned by a government agency or convicted in a court of law of an action that is in violation of this Code.

Ethical practice is the most important obligation of a PRSA member. We view the Member Code of Ethics as a model for other professions, organizations, and professionals.

6

PRSA Member Code of Ethics 2000

# PRSA MEMBER STATEMENT OF PROFESSIONAL VALUES

This statement presents the core values of PRSA members and, more broadly, of the public relations profession. These values provide the foundation for the Member Code of Ethics and set the industry standard for the professional practice of public relations. These values are the fundamental beliefs that guide our behaviors and decision-making process. We believe our professional values are vital to the integrity of the profession as a whole.

## ADVOCACY

- We serve the public interest by acting as responsible advocates for those we represent.
- We provide a voice in the marketplace of ideas, facts, and viewpoints to aid informed public debate.

## HONESTY

- We adhere to the highest standards of accuracy and truth in advancing the interests of those we represent and in communicating with the public.

## EXPERTISE

- We acquire and responsibly use specialized knowledge and experience.
- We advance the profession through continued professional development, research, and education.
- We build mutual understanding, credibility, and relationships among a wide array of institutions and audiences.

## INDEPENDENCE

- We provide objective counsel to those we represent.
- We are accountable for our actions.

7

PRSA Member Code of Ethics 2000

## LOYALTY

- We are faithful to those we represent, while honoring our obligation to serve the public interest.

## FAIRNESS

- We deal fairly with clients, employers, competitors, peers, vendors, the media, and the general public.
- We respect all opinions and support the right of free expression.

8

PRSA Member Code of Ethics 2000

# PRSA CODE PROVISIONS

## FREE FLOW OF INFORMATION

*Core Principle*

Protecting and advancing the free flow of accurate and truthful information is essential to serving the public interest and contributing to informed decision making in a democratic society.

*Intent*

- To maintain the integrity of relationships with the media, government officials, and the public.
- To aid informed decision-making.

*Guidelines*

A member shall:

- Preserve the integrity of the process of communication.
- Be honest and accurate in all communications.
- Act promptly to correct erroneous communications for which the practitioner is responsible.
- Preserve the free flow of unprejudiced information when giving or receiving gifts by ensuring that gifts are nominal, legal, and infrequent.

*Examples of Improper Conduct Under this Provision:*

- A member representing a ski manufacturer gives a pair of expensive racing skis to a sports magazine columnist, to influence the columnist to write favorable articles about the product.
- A member entertains a government official beyond legal limits and/or in violation of government reporting requirements.

9

PRSA Member Code of Ethics 2000

## COMPETITION

*Core Principle*

Promoting healthy and fair competition among professionals preserves an ethical climate while fostering a robust business environment.

*Intent*

- To promote respect and fair competition among public relations professionals.
- To serve the public interest by providing the widest choice of practitioner options.

*Guidelines*

A member shall:

- Follow ethical hiring practices designed to respect free and open competition without deliberately undermining a competitor.
- Preserve intellectual property rights in the marketplace.

*Examples of Improper Conduct Under This Provision:*

- A member employed by a "client organization" shares helpful information with a counseling firm that is competing with others for the organization's business.
- A member spreads malicious and unfounded rumors about a competitor in order to alienate the competitor's clients and employees in a ploy to recruit people and business.

PRSA Member Code of Ethics 2000

## DISCLOSURE OF INFORMATION

*Core Principle*

Open communication fosters informed decision making in a democratic society.

*Intent*

- To build trust with the public by revealing all information needed for responsible decision making.

*Guidelines*

A member shall:

- Be honest and accurate in all communications.
- Act promptly to correct erroneous communications for which the member is responsible.
- Investigate the truthfulness and accuracy of information released on behalf of those represented.
- Reveal the sponsors for causes and interests represented.
- Disclose financial interest (such as stock ownership) in a client's organization.
- Avoid deceptive practices.

*Examples of Improper Conduct Under this Provision:*

- Front groups: A member implements "grass roots" campaigns or letter-writing campaigns to legislators on behalf of undisclosed interest groups.
- Lying by omission: A practitioner for a corporation knowingly fails to release financial information, giving a misleading impression of the corporation's performance.
- A member discovers inaccurate information disseminated via a Web site or media kit and does not correct the information.
- A member deceives the public by employing people to pose as volunteers to speak at public hearings and participate in "grass roots" campaigns.

11

PRSA Member Code of Ethics 2000

## SAFEGUARDING CONFIDENCES

*Core Principle*

Client trust requires appropriate protection of confidential and private information.

*Intent*

- To protect the privacy rights of clients, organizations, and individuals by safeguarding confidential information.

*Guidelines*

A member shall:

- Safeguard the confidences and privacy rights of present, former, and prospective clients and employees.
- Protect privileged, confidential, or insider information gained from a client or organization.
- Immediately advise an appropriate authority if a member discovers that confidential information is being divulged by an employee of a client company or organization.

*Examples of Improper Conduct Under This Provision:*

- A member changes jobs, takes confidential information, and uses that information in the new position to the detriment of the former employer.
- A member intentionally leaks proprietary information to the detriment of some other party.

12

PRSA Member Code of Ethics 2000

## CONFLICTS OF INTEREST

### Core Principle

Avoiding real, potential or perceived conflicts of interest builds the trust of clients, employers, and the publics.

### Intent

- To earn trust and mutual respect with clients or employers.
- To build trust with the public by avoiding or ending situations that put one's personal or professional interests in conflict with society's interests.

### Guidelines

A member shall:

- Act in the best interests of the client or employer, even subordinating the member's personal interests.
- Avoid actions and circumstances that may appear to compromise good business judgment or create a conflict between personal and professional interests.
- Disclose promptly any existing or potential conflict of interest to affected clients or organizations.
- Encourage clients and customers to determine if a conflict exists after notifying all affected parties.

### Examples of Improper Conduct Under This Provision

- The member fails to disclose that he or she has a strong financial interest in a client's chief competitor.
- The member represents a "competitor company" or a "conflicting interest" without informing a prospective client.

13

PRSA Member Code of Ethics 2000

### ENHANCING THE PROFESSION

*Core Principle*

Public relations professionals work constantly to strengthen the public's trust in the profession.

*Intent*

- To build respect and credibility with the public for the profession of public relations.
- To improve, adapt and expand professional practices.

*Guidelines*

A member shall:

- Acknowledge that there is an obligation to protect and enhance the profession.
- Keep informed and educated about practices in the profession to ensure ethical conduct.
- Actively pursue personal professional development.
- Decline representation of clients or organizations that urge or require actions contrary to this Code.
- Accurately define what public relations activities can accomplish.
- Counsel subordinates in proper ethical decision making.
- Require that subordinates adhere to the ethical requirements of the Code.
- Report ethical violations, whether committed by PRSA members or not, to the appropriate authority.

*Examples of Improper Conduct Under This Provision:*

- A PRSA member declares publicly that a product the client sells is safe, without disclosing evidence to the contrary.
- A member initially assigns some questionable client work to a non-member practitioner to avoid the ethical obligation of PRSA membership.

14

PRSA Member Code of Ethics 2000

## RESOURCES

*Rules and Guidelines*

The following PRSA documents, available in *The Blue Book*, provide detailed rules and guidelines to help guide your professional behavior:
- PRSA Bylaws
- PRSA Administrative Rules
- Member Code of Ethics

If, after reviewing them, you still have a question or issue, contact PRSA headquarters as noted below.

## QUESTIONS

The PRSA is here to help. Whether you have a serious concern or simply need clarification, contact Judy Voss at judy.voss@prsa.org.

PRSA Member Code of Ethics 2000

# PRSA Member Code of Ethics

# Pledge

I pledge:

To conduct myself professionally, with truth, accuracy,
fairness, and responsibility to the public;
to improve my individual competence and advance the
knowledge and proficiency of the profession through
continuing research and education;
and to adhere to the articles of the Member Code
of Ethics 2000 for the practice of public relations as adopted
by the governing Assembly of the
Public Relations Society of America.

I understand and accept that there is a consequence for
misconduct, up to and including membership revocation.

And, I understand that those who have been or are sanctioned by a
government agency or convicted in a court of law of an action that
is in violation of this Code may be barred from membership or
expelled from the Society.

_____
Signature

_____
Date

16

Case 1:05-cv-02389-GK    Document 14-2    Filed 01/20/2006    Page 18 of 19

Public Relations Society of America
33 Irving Place
New York, NY 10003
www.prsa.org