<div style="text-align:center">

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

</div>

| | |
|---|---|
| **CHLOPAK, LEONARD,**<br>**SCHECHTER AND ASSOCIATES, INC.**<br>    **Plaintiff and**<br>    **Counterclaim Defendant,**<br><br>v.<br><br>**AGUSTAWESTLAND, INC.**<br>    **Defendant and**<br>    **Counterclaim Plaintiff,**<br><br>and<br><br>**DANIEL G. HILL**<br>    **Defendant.** | Civil Docket No.: 1:05-cv-02389-GK<br>Judge Gladys Kessler |

<div style="text-align:center">

**ORDER**

</div>

Upon consideration of Plaintiff/Counterclaim Defendant Chlopak, Leonard, Schechter and Associates, Inc. (CLS)'s Motion to Dismiss, Memorandum of Points and Authorities in support thereof, Defendant/Counterclaim Plaintiff AgustaWestland, Inc. (Agusta)'s Memorandum of Points and Authorities in opposition thereto, the record of the case, and for good cause shown, it is hereby,

ORDERED, this ___ day of _____, 2006, that Plaintiff/Counterclaim Defendant's Motion to Dismiss Agusta's Counterclaim is denied.

IT IS SO ORDERED.

<div style="margin-left: 40%">
_____<br>
The Honorable Gladys Kessler<br>
United States District Court Judge
</div>

Case 1:05-cv-02389-GK Document 14-3 Filed 01/20/2006 Page 2 of 2

CC:

David A. Holzworth, Esq.
LEPON HOLZWORTH & KATO PLLC
1225 19th Street, N.W., # 500
Washington, D.C. 20036

Gregory B. Craig, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, DC 20005

2