## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHLOPAK, LEONARD,
SCHECHTER AND ASSOCIATES, INC.
      Plaintiff and
      Counterclaim Defendant,

v.
GK

AGUSTAWESTLAND, INC.
      Defendant and
      Counterclaim Plaintiff,

and

DANIEL G. HILL
      Defendant.

Civil Docket No.: 1:05-cv-02389-

Judge Gladys Kessler

### PRAECIPE

Pursuant to Fed. R. Civ. P. 7(b) and 15(a), Defendant/Counterclaim Plaintiff

AgustaWestland, Inc. respectfully requests that the Clerk's Office file the lodged First

Amended Counterclaim in this case.

On November 28, 2005, Plaintiff and Counterclaim Defendant Chlopak,

Leonard, Schechter and Associates, Inc. (CLS) commenced an action in the Superior

Court for the District of Columbia against Defendants AgustaWestland, Inc. (Agusta)

and Daniel G. Hill (Mr. Hill).  On December 13, 2005, Agusta and Mr. Hill removed

the case to this Court pursuant to 28 U.S.C. §§1441 and 1446.  On December 19, 2005,

Agusta and Mr. Hill answered, and Agusta counterclaimed against CLS.  On January 9,

2006, CLS moved to dismiss all of Agusta's Counterclaims.

Under Fed. R. Civ. P. 15(a), Defendant/Counterclaim Plaintiff may file its First

Amended Counterclaim as a matter of course before a responsive pleading is served.

1

*See, Na'l City Mortgage Co. v. Navarro*, 220 F.R.D. 102, 104 (D.C.Cir. 1999) (Motions

to dismiss do not qualify as responsive pleadings for the purposes of Fed. R. Civ. P.

15(a)).

In accordance with the instructions given by the Civil Clerk's Office,

Defendant/Counterclaim Plaintiff files its First Amended Counterclaim by providing the

Clerk's Office with a paper copy of the First Amended Counterclaim and a CD

containing a PDF format of the filing.

Respectfully submitted,

By:

David A. Holzworth (D.C. Bar 322966)
Hiromi Maruyama (D.C. Bar 484098)
LEPON HOLZWORTH & KATO PLLC
1225 19th Street, N.W., #500
Washington, D.C. 20036
Tel: (202) 857-0242
Fax:(202) 857-0189

Counsel for Defendant/Counterclaim Plaintiff

Date: *Jan 19, 2006*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing

Defendant/Counterclaim Plaintiff's Praecipe was mailed by first class mail, postage

pre-paid on_____, 2006 to the following:

>   Gregory B. Craig, Esq.
>   Williams & Connolly, LLP
>   725 12th Street, N.W.,
>   Washington, DC 20005

>   Counsel for Plaintiff/Counterclaim Defendant