UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHLOPAK, LEONARD, SCHECHTER  :
AND ASSOCIATES, INC.,        :
                             :
            Plaintiff,       :
                             :
       v.                    :   Civil Action No. 05-2389 (GK)
                             :
AGUSTAWESTLAND, INC., et al., :
                             :
                             :
            Defendants.      :

**O R D E R**

On January 25, 2006, a Status Conference was held in the above-captioned case. On January 9, 2006, Plaintiff filed a Motion to Dismiss Defendant Agustawestland's Counterclaims, [**#7**]. Since that time, Agustawestland has indicated an intent to file an Amended Counterclaim.[1] During the Status Conference, the parties informed the Court that they had agreed upon a briefing schedule to incorporate the Amended Counterclaim. Based upon the representations of the parties, it is hereby

**ORDERED** that Plaintiff need not file a new Motion to Dismiss for the Amended Counterclaim; it is further

**ORDERED** that by **February 3, 2006,** Plaintiff shall file a Reply in support of its Motion, which shall incorporate any new information or argument relating to the Amended Counterclaim; and it is further

---

[1] This Order is contingent upon the filing of the Amended Counterclaim.

**ORDERED** that Agustawestland shall file its Surreply by **February 17, 2006.**

January 25, 2006                           /s/
                                           Gladys Kessler
                                           United States District Judge

**Copies to**: **attorneys of record via ECF**