IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC. ) ) ) ) | |
| Plaintiff ) ) | Civil Action No.: 05-2389 (GK) |
| v. ) ) | Judge Gladys Kessler |
| AGUSTAWESTLAND, INC., et al. ) ) | Next Scheduled Deadline: Status Conference, Feb. 24, 2006, 9:30 AM |
| Defendants. ) ) | |

## STIPULATED MOTION FOR DESIGNATION OF A MEDIATOR

In response to the recommendation made by the Court during the January 25, 2006 Scheduling Conference, Plaintiff Chlopak, Leonard, Schechter and Associates, Inc. ("Plaintiff") and Defendants AgustaWestland, Inc. and Daniel G. Hill (together, "Defendants") consulted and have agreed to engage in mediation – as suggested by the Court – while discovery goes forward. To that end, the parties seek the Court's assistance and respectfully request the Court to designate one of the Court's mediators to supervise mediation efforts aimed at reaching a settlement among the parties.

Respectfully submitted,

| | |
|---|---|
| /s/ Gregory B. Craig | /s/ David A. Holzworth |
| Gregory B. Craig (D.C. Bar 164640) | David A. Holzworth (D.C. Bar 322966) |
| William & Connolly, LLP | Hiromi Maruyama (D.C. Bar 484098) |
| 725 Twelfth Street, N.W. | Lepon Holzworth & Kato, PLLC |
| Washington, D.C. 20036 | 1225 19th Street, N.W., Suite 500 |
| Telephone: 202-434-5000 | Washington, DC 20036 |
| Telecopier: 202-434-5029 | Telephone: 202-857-0242 |
| | Telecopier: 202- 861-0610 |
| Counsel for Plaintiff | Counsel for Defendants |

Date: February 22, 2006