**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC.**    Plaintiff    v.  **AGUSTAWESTLAND, INC., et al.**    Defendants. | Civil Action No.: 05-2389 (GK)   Next Scheduled Deadline: Status Conference, Feb. 24, 2006, 9:30 AM |

**ORDER GRANTING STIPULATED MOTION FOR
DESIGNATION OF A MEDIATOR**

This matter is before the Court upon the Stipulated Motion for Designation of a Mediator.

This Court hereby designates _____ as a mediator for this case.

**DONE AND ORDERED** on this _____ day of _____, 2006.

_____
The Honorable Gladys Kessler
United States District Court Judge

Copies to:

Gregory B. Craig, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005

David A. Holzworth, Esq.
Lepon Holzworth & Kato PLLC
1225 19th Street, N.W., #500
Washington, D.C. 20036