IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC. ) ) ) | |
| Plaintiff ) | Civil Action No.: 05-2389 (GK) |
| ) v. ) | Judge Gladys Kessler |
| ) AGUSTAWESTLAND, INC., et al. ) ) | Next Scheduled Deadline:  Status Conference, Feb. 24, 2006, 9:30 AM |
| Defendants. ) | |

**PLAINTIFF CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC.'S
CONSENT MOTION FOR THE
<u>ADMISSION *PRO HAC VICE* OF AMANDA M. MACDONALD</u>**

Pursuant to Local Civil Rule 83.2(d), undersigned counsel, who is a member of the bar of this Court, respectfully moves for the admission *pro hac vice* of Amanda M. MacDonald in the above-captioned matter.  Pursuant to Local Civil Rule 7(m), undersigned counsel state that, in a teleconference held on February 23, 2006, counsel for defendants AgustaWestland, Inc. and Mr. Daniel G. Hill consented to the relief sought in this motion.

Ms. MacDonald is associated with the firm of Williams & Connolly LLP, and is a member in good standing of the Bar of the State of Illinois (Bar No. 6286766).  Ms. MacDonald's application to the District of Columbia bar is pending.  Ms. MacDonald has not previously been admitted to practice *pro hac vice* before this Court, and has not been disciplined by any bar.

Ms. MacDonald is familiar with the rules of this Court, the facts of this case, and the pleadings of this case.

A declaration attesting to these facts has been filed as Exhibit A to this consent motion.

2

    For the foregoing reasons, plaintiff respectfully requests that the Court grant this consent motion for Ms. MacDonald to appear *pro hac vice* in all matters in this case.

                                                   Respectfully Submitted,

Dated: February 23, 2006               WILLIAMS & CONNOLLY LLP

                                            By:    /s/ Gregory B. Craig
                                                  Gregory B. Craig (D.C. Bar 164640)

                                           725 Twelfth Street, N.W.
                                           Washington, DC 20005
                                           Telephone: (202) 434-5000
                                           Fax: (202) 434-5029

                                           Attorney for Plaintiff, Chlopak, Leonard, Schechter and Associates, Inc.