IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC.<br><br>　　　　Plaintiff<br><br>　　v.<br><br>AGUSTAWESTLAND, INC., et al.<br><br>　　　　Defendants. | Civil Action No.: 05-2389 (GK)<br><br>Judge Gladys Kessler<br><br>Next Scheduled Deadline: Status Conference, Feb. 24, 2006, 9:30 AM |

**DECLARATION OF AMANDA M. MACDONALD IN SUPPORT
OF PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE**

I, AMANDA M. MACDONALD, declare as follows:

1. I am an Associate with Williams & Connolly LLP, 725 Twelfth Street, NW, Washington, D.C., 20005, (202) 434-5416.

2. I am a member in good standing of the Bar of the State of Illinois (Bar No.6286766).

3. I have not been disciplined by any bar.

4. I have not previously been admitted to practice <u>pro hac vice</u> before the U.S. District Court for the District of Columbia.

5. My application to the District of Columbia Bar is pending and I practice law in the District of Columbia under the supervision of District of Columbia Bar members pursuant to D.C. Bar Rule 49(c)(8).

- 2 -

I declare, under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 23, 2006 in Washington, D.C.

*[signature]*
Amanda M. MacDonald
Williams & Connolly, LLP
725 12th St. NW
Washington, DC 20005
Telephone: (202) 434-5416
Fax: (202) 434-5029