**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC.** ) ) ) )   Plaintiff ) | **Civil Action No.: 05-2389 (GK)** |
| ) v.   ) ) | **Judge Gladys Kessler** |
| **AGUSTAWESTLAND, INC., et al.** ) ) ) Defendants. ) ) | **Next Scheduled Deadline: Status Conference, Feb. 24, 2006, 9:30 AM** |

**ORDER GRANTING PLAINTIFF CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC.'S CONSENT MOTION FOR THE
<u>ADMISSION *PRO HAC VICE* OF AMANDA M. MACDONALD</u>**

This matter is before the Court upon the Consent Motion of Plaintiff Chlopak, Leonard, Schechter and Associates, Inc. for the admission *pro hac vice* of Amanda M. MacDonald.

It is hereby **ORDERED** that the consent Motion be and hereby is **GRANTED**, and it is

**FURTHER ORDERED** that Amanda M. MacDonald may appear before the Court for plaintiff Chlopak, Leonard, Schechter and Associates, Inc. on all matters concerning the above-captioned case.

**DONE AND ORDERED** on this _____ day of _____, 2006.

_____
The Honorable Gladys Kessler
United States District Judge

Copies to:

Gregory B. Craig, Esq.
Williams & Connolly LLP

725 Twelfth Street, N.W.
Washington, D.C. 20005

David A. Holzworth, Esq.
Lepon Holzworth & Kato PLLC
1225 19th Street, N.W., #500
Washington, D.C. 20036