UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHLOPAK, LEONARD,<br>SCHECHTER AND ASSOCIATES, INC.<br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>v.<br><br>AGUSTAWESTLAND, INC.<br>    Defendant and<br>    Counterclaim Plaintiff,<br><br>and<br><br>DANIEL G. HILL<br>    Defendant. | Civil Docket No.: 1:05-cv-02389-GK<br>Judge Gladys Kessler<br>Next Scheduled Event:<br>    Exchange Witness List<br>    February 28, 2006 |

**DEFENDANTS' WITNESS LIST**

Pursuant to the January 25, 2006 Scheduling Order, Defendant and Defendant/Counterclaim Plaintiff hereby submit that the witnesses on the list below may be called by Defendant and Defendant/Counterclaim Plaintiff, AgustaWestland, Inc. (Agusta) and Daniel G. Hill (Mr. Hill), should this matter proceed to trial.

**DEFENDANTS' AND COUNTERCLAIM PLAINTIFFS' WITNESS LIST**

1.  Stephen C. Moss
    President of AgustaWestland, Inc.
    2231 Crystal Drive, Suite 1114
    Arlington, VA 22202
    Telephone: 703-243-0885

    Testimony on the service agreement with Chlopak, Leonard, Schechter and Associates, Inc. (CLS), the actual services rendered by CLS during the relevant period of time, and other material issues in this case.

1

2. Daniel G. Hill
   Vice President of AgustaWestland North America, Inc. (AWNA)
   4141 N. Henderson Road, #219
   Arlington, VA 22203
   Telephone: 571-426-7837

   Testimony on his employment agreement with CLS, the service agreement between Agusta and CLS, his duties and responsibilities at both CLS and AWNA, and other material issues in this case.

3. Robert Chlopak
   CEO/Partner of CLS

   Testimony on CLS's agreements with Agusta and Mr. Hill, CLS's bills to Agusta, services rendered by CLS and Mr. Baird for Agusta, CLS's fee-sharing arrangement with Mr. Baird and/or his company, CLS's use of Agusta's logo and other information for promotional purposes, and other material issues in this case.

4. Charles Leonard
   Partner of CLS

   Testimony on CLS's agreements with Agusta and Mr. Hill, CLS's bills to Agusta, services rendered by CLS and Mr. Baird for Agusta, CLS's fee-sharing arrangement with Mr. Baird and/or his company, CLS's use of Agusta's logo and other information for promotional purposes, and other material issues in this case.

5. Peter Schechter
   Partner of CLS

   Testimony on CLS's agreements with Agusta and Mr. Hill, CLS's bills to Agusta, services rendered by CLS and Mr. Baird for Agusta, CLS's fee-sharing arrangement with Mr. Baird and/or his company, CLS's use of Agusta's logo and other information for promotional purposes, and other material issues in this case.

6. Beau Phillips
   Senior Vice President of CLS

   Testimony on CLS's agreements with Agusta and Mr. Hill, CLS's bills to Agusta, services rendered by CLS and Mr. Baird for Agusta, CLS's fee-sharing arrangement with Mr. Baird and/or his company, CLS's use of Agusta's logo and other information for promotional purposes, and other material issues in this case..

7. Michael Fox
   Chief Financial Officer of CLS

   Testimony on CLS's agreements with Agusta and Mr. Hill, CLS's bills to Agusta, services rendered by CLS and Mr. Baird for Agusta, CLS's fee-sharing arrangement with Mr. Baird and/or his company, CLS's use of Agusta's logo and other information for promotional purposes, and other material issues in this case.

8. Francois Baird
   Chairman of Baird's US, LLC
   1101 S Arlington Ridge Rd., #303
   Arlington, VA 22204
   Telephone: 703-521-1572.

   Testimony on CLS's agreements with Agusta and Mr. Hill, services rendered by Mr. Baird for Agusta, his fee-sharing arrangement with CLS, and other material issues in this case.

9. Any witness designated or called by Plaintiff.

10. Any witness necessary for rebuttal, or authentification of evidence.

11. Any witness whose identity or necessity is discovered in the course of discovery in this action.

   Defendant and Defendant/Counterclaim Plaintiff further reserve the right to amend this Witness List and/or designate additional witnesses on the ground that discovery is not yet

completed.

                                               Respectfully submitted,

By:      /s/ David A. Holzworth
       David A. Holzworth (D.C. Bar 322966)
       Hiromi Maruyama (D.C. Bar 484098)
       LEPON HOLZWORTH & KATO PLLC
       1225 19th Street, N.W., #500
       Washington, D.C. 20036
       Tel: (202) 857-0242
       Fax:(202) 857-0189

       Counsel for Defendant and Defendant/Counterclaim Plaintiff

Date:   February 28, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant/ Counterclaim Plaintiff's Witness List was filed electronically with the Clerk of the Court through the Electronic Case Filing System on February 28, 2006, and that the Court's Electronic Case Filing System will send a Notice of Electronic Filing to the following:

> Gregory B. Craig, Esq.
> Williams & Connolly, LLP
> 725 12th Street, N.W.,
> Washington, DC 20005
>
> Counsel for Plaintiff and Counterclaim Defendant

          /s/ David A. Holzworth
David A. Holzworth
LEPON HOLZWORTH & KATO, PLLC
1225 19th Street, NW, Suite 500
Washington, DC 20036
Tel: 202-857-0242