IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC. ) ) ) ) | |
| Plaintiff ) | Civil Action No.: 05-2389 (GK) |
| ) | |
| v. ) | Judge Gladys Kessler |
| ) | |
| AGUSTAWESTLAND, INC., et al. ) | Next Scheduled Deadline: |
| ) | Exchange Witness List |
| Defendants. ) ) | February 28, 2006 |

WITNESS LIST OF PLAINTIFF
CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC.

Pursuant to the Court's January 25, 2006 Scheduling Order, Plaintiff Chlopak, Leonard, Schechter and Associates, Inc. ("CLS") hereby submits its list of witnesses who may be called at trial to testify as to any of the material issues in this case, excluding rebuttal and impeachment witnesses and Rule 26(a)(2) and Rule 26(b)(4) expert witnesses.

1. Robert Chlopak
   Partner
   Chlopak, Leonard, Schechter and Associates, Inc.
   1850 M Street, NW
   Suite 550
   Washington, DC 20036
   (202) 289-5900

2. Charles Leonard
   Partner
   Chlopak, Leonard, Schechter and Associates, Inc.
   1850 M Street, NW
   Suite 550
   Washington, DC 20036
   (202) 289-5900

3.  Peter Schechter
    Partner
    Chlopak, Leonard, Schechter and Associates, Inc.
    1850 M Street, NW
    Suite 550
    Washington, DC 20036
    (202) 289-5900

4.  Michael Fox
    Chief Financial Officer
    Chlopak, Leonard, Schechter and Associates, Inc.
    1850 M Street, NW
    Suite 550
    Washington, DC 20036
    (202) 289-5900

5.  Beau Phillips
    Senior Vice President
    Chlopak, Leonard, Schechter and Associates, Inc.
    1850 M Street, NW
    Suite 550
    Washington, DC 20036
    (202) 289-5900

6.  Shannon Hunt
    Senior Vice President
    Chlopak, Leonard, Schechter and Associates, Inc.
    1850 M Street, NW
    Suite 550
    Washington, DC 20036
    (202) 289-5900

7.  Josh Wenderoff
    Managing Director
    Chlopak, Leonard, Schechter and Associates, Inc.
    1850 M Street, NW
    Suite 550
    Washington, DC 20036
    (202) 289-5900

8.  Sean Oh
    Senior Associate
    Chlopak, Leonard, Schechter and Associates, Inc.
    1850 M Street, NW

       Suite 550
       Washington, DC 20036
       (202) 289-5900

9.    Allyson Sullivan
     Senior Associate
     Chlopak, Leonard, Schechter and Associates, Inc.
     1850 M Street, NW
     Suite 550
     Washington, DC 20036
     (202) 289-5900

10.   Kelly Sullivan
     Chlopak, Leonard, Schechter and Associates, Inc.
     220 East 42nd Street
     Suite 408
     New York, NY 10017
     (212) 515-1908

11.   Daniel G. Hill
     4141 N. Henderson Road
     #219
     Arlington, VA 22203

12.   Stephen Moss
     President
     AgustaWestland, Inc.
     2231 Crystal Drive
     Suite 1114
     Arlington, VA 22202

13.   Sherie Grove
     Assistant to Stephen Moss
     AgustaWestland, Inc.
     2231 Crystal Drive
     Suite 1114
     Arlington, VA 22202

14.   Guy VanderLinden
     Vice President for Defense Programs
     AgustaWestland, Inc.
     2231 Crystal Drive
     Suite 1114
     Arlington, VA 22202

15. Chris Snyder
    Vice President for Homeland Security & Federal Agency Programs
    AgustaWestland, Inc.
    2231 Crystal Drive
    Suite 1114
    Arlington, VA 22202

16. Dr. Steve Bryen
    President, Washington DC Office
    Finmeccanica, Inc.
    1101 15th Street, N.W.
    Suite 603
    Washington, DC 20005

17. James Swanson
    Finmeccanica, Inc.
    1101 15th Street, N.W.
    Suite 603
    Washington, DC 20005

18. Francois Baird
    120 HF Verwoord Ferrndale 2194
    P.O. Box 3674 Randberg 2125
    South Africa

In addition, CLS reserves the right to call as fact witnesses:

1. All persons who have knowledge of Mr. Hill's employment with AgustaWestland North America, Inc.

2. All persons who have knowledge of the CLS-Agusta relationship.

3. All persons identified by Defendants in response to any discovery requests, including interrogatories, in this action.

4. All persons identified by CLS in response to any discovery requests, including interrogatories, in this action.

5. All persons identified in documents produced in this action.

- 5 -

6. All persons identified as witnesses by Defendants.

CLS also reserves the right to supplement this list should further discovery, investigation, or records disclose additional witnesses.

Dated: February 28, 2006          By:  /s/ Gregory B. Craig
                                       Gregory B. Craig  (D.C. Bar  164640)
                                       Amanda M. MacDonald, *pro hac vice*

                                       WILLIAMS & CONNOLLY LLP
                                       725 Twelfth Street, N.W.
                                       Washington, DC 20005
                                       Tel.: (202) 434-5000
                                       Fax: (202) 434-5029

                                       Attorney for Plaintiff, Chlopak, Leonard, Schechter and Associates, Inc.

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 28th day of February, 2006, I caused to be filed electronically with the Clerk of the Court the foregoing Witness List of Plaintiff Chlopak, Leonard, Schechter and Associates, Inc. through the Electronic Case Filing System, and that the Court's Electronic Case Filing System will send a Notice of Electronic Filing to the following:

    David A. Holzworth
    Lepon Holzworth & Kato PLLC
    1225 19th Street, N.W., #500
    Washington, D.C. 20036
    Tel: (202) 857-0242
    Fax: (202) 857-0189


    *Attorney for Defendants*


    By: /s/ Gregory B. Craig
      Gregory B. Craig  (D.C. Bar  164640)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029