**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC. ) ) ) ) | |
| Plaintiff ) | Civil Action No.: 05-2389 (GK) |
| ) v. ) | Judge Gladys Kessler |
| ) AGUSTAWESTLAND, INC., et al. ) ) | Next Scheduled Deadline: Opponent's Rule 26(a)(2) Reports, April 25, 2006 |
| Defendants. ) ) | |

## JOINT MOTION FOR EXTENSION OF DEADLINE TO SUBMIT REQUESTS FOR ADMISSIONS

Pursuant to the Court's January 25, 2006 Scheduling Order, the parties request that the Court extend the deadline for the submission of requests for admissions from April 25, 2006 to May 10, 2006. Plaintiff Chlopak, Leonard, Schechter and Associates, Inc. ("Plaintiff") and Defendants AgustaWestland, Inc. and Daniel G. Hill (together, "Defendants") have consulted and have agreed that such an extension is warranted. Depositions are scheduled to occur during the last week of April and possibly the first weeks of May. The first mediation session is scheduled to occur on May 3, 2006. The parties believe that as much discovery as possible should be completed before submitting requests for admissions. The parties have agreed that, if the Court allows the parties to submit requests for admissions on May 10, 2006, the parties will adhere to the May 31, 2006 discovery cutoff date and will submit their answers to the requests for admission on or before May 31, 2006.

                                          Respectfully submitted,

| | |
|---|---|
|       /s/ Gregory B. Craig      |       /s/ David A. Holzworth      |
| Gregory B. Craig (D.C. Bar 164640) | David A. Holzworth (D.C. Bar 322966) |
| Williams & Connolly, LLP | Hiromi Maruyama (D.C. Bar 484098) |
| 725 Twelfth Street, N.W. | Lepon Holzworth & Kato, PLLC |
| Washington, D.C. 20036 | 1225 19th Street, N.W., Suite 500 |
| Telephone: 202-434-5000 | Washington, DC 20036 |
| Telecopier: 202-434-5029 | Telephone: 202-857-0242 |
| | Telecopier: 202-861-0610 |
| | |
| Counsel for Plaintiff | Counsel for Defendants |

Date: April 12, 2006