IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC.** ) ) ) ) **Plaintiff** ) ) v. ) ) **AGUSTAWESTLAND, INC., et al.** ) ) ) **Defendants.** ) ) | Civil Action No.: 05-2389 (GK)  **Judge Gladys Kessler**  Next Scheduled Deadline: Opponent's Rule 26(a)(2) Reports, April 25, 2006 |

**ORDER GRANTING JOINT MOTION FOR
EXTENSION OF DEADLINE TO SUBMIT REQUESTS FOR ADMISSIONS**

This matter is before the Court upon the Joint Motion for Extension of Deadline to Submit Requests for Admissions.

It is hereby **ORDERED** that the Joint Motion be and hereby is **GRANTED**, and it is

**FURTHER ORDERED** that the deadline for the submission of requests for admission is May 10, 2006

**DONE AND ORDERED** on this _____ day of April, 2006.

_____
The Honorable Gladys Kessler
United States District Court Judge

Copies to:

Gregory B. Craig, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005

David A. Holzworth, Esq.

Lepon Holzworth & Kato PLLC
1225 19th Street, N.W., #500
Washington, D.C. 20036