## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CHLOPAK, LEONARD,**
**SCHECHTER AND ASSOCIATES, INC.**
**Plaintiff and**
**Counterclaim Defendant,**

**v.**

**AGUSTAWESTLAND, INC.**
**Defendant and**
**Counterclaim Plaintiff,**

**and**

**DANIEL G. HILL**
**Defendant.**

**Civil Action No.: 1:05-cv-02389-GK**
**Judge Gladys Kessler**
**Next Scheduled Event:**
**Request for Admissions Due**
**May 10, 2006**

---

### DEFENDANT'S AND DEFENDANT/COUNTERCLAIM PLAINTIFF'S
### MOTION FOR LEAVE TO EXTEND THE DEADLINES BY THIRTY DAYS

Pursuant to Fed. R. Civ. P. 7(b) and 16(b), Defendant/Counterclaim Plaintiff

AgustaWestland, Inc. and Defendant Dan G. Hill (collectively Defendants) respectfully

move the Court for leave to extend, by thirty (30) days, all the deadlines prescribed by the

Scheduling Order dated January 25, 2006, as amended. The reasons for this Motion are

more fully set forth in the accompanying memorandum of points and authorities in support

of this motion.

Pursuant to LCvR 7(m), counsel for the parties conferred by telephone on May 2,

2006, and subsequently via e-mail and correspondence. Counsel for

Plaintiff/Counterclaim Defendant opposes this motion.

// [signature page follows]
//
//
//
//
//

1

Respectfully submitted,

By:          /s/ David A. Holzworth

David A. Holzworth (D.C. Bar 322966)
Hiromi Maruyama (D.C. Bar 484098)
LEPON HOLZWORTH & KATO PLLC
1225 19th Street, N.W., #500
Washington, D.C. 20036
Tel: (202) 857-0242
Fax:(202) 857-0189

Date:  May 4, 2006          Counsel for Defendant and Defendant/Counterclaim
Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHLOPAK, LEONARD,**<br>**SCHECHTER AND ASSOCIATES, INC.**<br>　　　**Plaintiff and**<br>　　　**Counterclaim Defendant,** | |
| **v.** | **Civil Action No.: 1:05-cv-02389-GK**<br>**Judge Gladys Kessler**<br>**Next Scheduled Event:** |
| **AGUSTAWESTLAND, INC.**<br>　　　**Defendant and**<br>　　　**Counterclaim Plaintiff,** | 　**Request for Admissions Due**<br>　**May 10, 2006** |
| **and** | |
| **DANIEL G. HILL**<br>　　　**Defendant.** | |

---

### DEFENDANT'S AND DEFENDANT/COUNTERCLAIM PLAINTIFF'S
### MEMORANDUM IN SUPPORT OF THE MOTION FOR LEAVE TO
### EXTEND ALL THE DEADLINES BY THIRTY DAYS

Pursuant to Fed. R. Civ. P. 7(b) and 16(b), and LCvR 16.4, Defendant/Counterclaim

Plaintiff AgustaWestland, Inc. (AgustaWestland) and Defendant Dan G. Hill (Mr. Hill)

(collectively Defendants) respectfully move the Court for leave to extend, by thirty (30) days, all

the deadlines prescribed by the Scheduling Order dated January 25, 2006, as amended.

By March 13, 2006, all Parties submitted their written discovery requests to the opposing

Party pursuant to the Scheduling Order. All Parties responded by the middle of April.

Through discovery, Defendants became aware of the extent of over billing by

Plaintiff/Counterclaim Defendant (CLS) and its partner, Bairds U.S.A., LLC.[1] Defendants also

discovered evidence that the fees paid by CLS to Bairds U.S., LLC and/or its affiliates

---

[1]　　No company by the name of Bairds U.S.A., LLC is registered or licensed to do business
in the District of Columbia. A company by the name of Bairds U.S., LLC is a Virginia entity,
but that entity is not registered or licensed to do business in the District of Columbia. Bairds
U.S., LLC apparently shares office space with Plaintiff/Counterclaim Defendant CLS at 1850 M
Street, NW, Washington, DC.

(collectively Bairds) were split between Bairds and an individual, who is the current registered agent for Bairds U.S., LLC in Virginia, was a former associate of Bairds U.S., LLC, and currently is an employee of an affiliate of AgustaWestland. Defendants also discovered the identities of the entities to which CLS had made promotional presentations using AgustaWestland's trademarked logo and case study without express written authorization from AgustaWestland.

Defendants will need to conduct further discovery through the deposition of Mr. Francois Baird and his former associate about the fee-sharing arrangement with CLS, and their contribution, or lack of contribution, to the services rendered to AgustaWestland. Defendants also need to conduct further discovery from the entities, to which CLS made their sales pitch, about the actual contents of both oral and written presentations.

In addition, AgustaWestland has not been able to locate and produce all documents requested by CLS. In January 2005, AgustaWestland moved its office from Crystal City to its current location in Reston, VA. In March 2005, AgustaWestland changed its computer server system from a Microsoft-based system to a Macintosh-based system. During the course of this move and the system changeover, many of the computer hardware and paper files that might be relevant to this case were misplaced or possibly lost. AgustaWestland, at significant expense, has contracted with an IT specialist to search for the relevant documents and computer equipment. The specialist estimates that several more weeks will be needed to complete the search for, and recovery of, electronic files before counsel can begin to review them for relevancy. A continuing search is being made for relevant paper files.

Rule 16(b) of the Federal Rules of Civil Procedure and the Local Civil Rule 16.4 require a "good cause" for amendment or modification of the Scheduling Order. *See,* Fed. R. Civ. P.

16(b) and LCvR 16.4. The Advisory Committee Notes for the Rule 16(b) explain that a good

cause can be found when the schedule "cannot reasonably be met despite the diligence of the

party seeking the extension." (1983 Amendments).

**CONCLUSION**

For the reasons set forth above, AgustaWestland's Motion for Leave to Extend the

Deadlines by Thirty Days should be granted, and the Clerk's Office should amend the

Scheduling Order by extending all the pending due dates by 30 days.

Respectfully submitted,

By:       /s/ David A. Holzworth
David A. Holzworth (D.C. Bar 322966)
Hiromi Maruyama (D.C. Bar 484098)
LEPON HOLZWORTH & KATO PLLC
1225 19th Street, N.W., #500
Washington, D.C. 20036
Tel: (202) 857-0242
Fax:(202) 857-0189

Date:  May 4, 2006                Counsel for Defendant and Defendant/Counterclaim
                                  Plaintiff

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's and Defendant/Counterclaim Plaintiff's Motion for Leave to Extend the Deadlines by Thirty Days, the accompanying memorandum in support of the motion, and a Proposed Order were filed electronically with the Clerk of the Court through the Electronic Case Filing System on May 4, 2006, and that the Court's Electronic Case Filing System will send a Notice of Electronic Filing to the following:

        Gregory B. Craig, Esq.
        Williams & Connolly, LLP
        725 12th Street, N.W.,
        Washington, DC 20005

        Counsel for Plaintiff and Counterclaim Defendant

                        /s/ David A. Holzworth
                  David A. Holzworth
                  LEPON HOLZWORTH & KATO, PLLC
                  1225 19th Street, NW, Suite 500
                  Washington, DC 20036
                  Tel: 202-857-0242
                  Fax: 202-861-0610