## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CHLOPAK, LEONARD,**
**SCHECHTER AND ASSOCIATES, INC.**
        **Plaintiff and**
        **Counterclaim Defendant,**

**v.**

**AGUSTAWESTLAND, INC.**
        **Defendant and**
        **Counterclaim Plaintiff,**

**and**

**DANIEL G. HILL**
        **Defendant.**

**Civil Action No.: 1:05-cv-02389-GK**
**Judge Gladys Kessler**
**Next Scheduled Event:**
    **Request for Admissions Due**
    **May 10, 2006**

## ORDER

Upon consideration of Defendant's and Defendant/Counterclaim Plaintiff's Motion for

Leave to Extend the Deadlines by Thirty Days, the memorandum in support thereof, any

opposition thereto, the record in this case, and for good cause shown, it is hereby

ORDERED, this ___ day of _____, 2006, that Defendant's and

Defendant/Counterclaim Plaintiff's Motion for Leave to Extend the Deadlines by Thirty Days is

GRANTED;

IT IS FURTHER ORDERED, that the Clerk shall amend the Scheduling Order by

extending all the deadlines by 30 days as follows:

| | |
|---|---|
| Request for Admissions | 6/9/06 |
| All Discovery Closed | 6/30/06 |
| Deadline for Filing Dispositive Motions | 7/31/06 |
| Opposition to Dispositive Motions | 8/21/06 |
| Reply | 9/11/06 |
| Pretrial Conference | 7-8 months |

//
//
//

1

IT IS SO ORDERED.

_____

The Honorable Gladys Kessler
United States District Court Judge

CC:

David A. Holzworth, Esq.
LEPON HOLZWORTH & KATO PLLC
1225 19th Street, N.W., #500
Washington, D.C. 20036

Gregory B. Craig, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.,
Washington, DC 20005