U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Chlopak, Leonard, Schechter & Associates, Inc.

vs. Case No. 05-CV-02389-GK

AgustaWestland, Inc., et al.

DECLARATION OF REASONABLE DILIGENCE

STATE OF DISTRICT OF COLUMBIA
CITY OF WASHINGTON

I, DAVID S. FELTER, having been duly authorized to make service of the Subpoena Duces Tecum and Attachment A in the above entitled case, hereby depose and say:

That my date of birth is 11-01-1951.

That I am the Custodian of Records for Capitol Process Services, Inc.

That my business address is 1827 18th Street, N.W., Washington, D.C. 20009.

That we are not a party to or otherwise interested in this suit.

That after due search, careful inquiry and diligent attempts, we have been unable to serve, Bairds U.S., LLC, with the above named process.

That on the 10th day of April, 2006 at 12:00 o'clock p.m., I sent my agent, Shannon R. Roberts, to serve, Bairds U.S., LLC, at 1101 S. Arlington Ridge Road, #303, Arlington, Virginia 22202. On this occasion, Mr. Roberts stated that he spoke with Mr. James K. Swanson, who stated that he was formerly a representative of Bairds U.S., LLC, however, he is no longer affiliated with the company. In addition, Mr. Swanson stated that Mr. Francois Baird is the principal of Bairds U.S., LLC and may be contacted in South Africa at the following phone number: 011-27-82-551-4943.

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

David S. Felter
DAVID S. FELTER
CUSTODIAN OF RECORDS

Subscribed and Sworn to before me this 8th day of May, 2006.

Nicole g Davis
Notary Public
My commission expires: 01-14-09

EXHIBIT
2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC.**<br>**Plaintiff and Counterclaim Defendant,**<br>**v.**<br>**AGUSTAWESTLANT, INC.**<br>**Defendant and Counterclaim Plaintiff,**<br>**DANIEL G. HILL**<br>**Defendant.** | **Civil Action No.: 1:05cv2389**<br>**Judge Gladys Kessler**<br>**Next Scheduled Event:**<br>**Request for Admissions Due May 10, 2006** |

**DECLARATION OF ELIZABETH E. EATON**

Elizabeth E. Eaton, with her business address at Lepon Holzworth & Kato, PLLC, 1225 Nineteenth Street, N.W., Suite 500, Washington, D.C. 20036, hereby declares and states:

1. On April 4, 2006 I asked Capitol Process Service to serve a Subpoena for Bairds U.S. LLC on the registered agent, Mr. James Swanson, at 1101 S. Arlington Ridge Rd., Arlington, VA 22202, the address and information provided by the Virginia State Corporation Commission website.
2. On April 10, 2006 the process server called me to inform me that Mr. Swanson would not accept service, stated that he was no longer the registered agent, stated that Mr. Baird was currently out of the country but would be returning shortly and provided the process server with a cell phone number for Mr. Baird.
3. On or about April 11, 2006 I called Mr. Swanson at his place of employment and he stated that he was no longer the registered agent for Bairds U.S., LLC and that

Mr. Baird should have taken care of correcting that information. Mr. Swanson also gave me the cell phone number for Mr. Baird, 011-27-82-551-4943, confirmed that Mr. Baird was out of the country and would returning shortly, and said that I should call him to arrange for a convenient time to have the Subpoena delivered to him personally.

4. On April 12, 2006 and April 20, 2006 I made an attempt to contact Mr. Baird on his cell phone, provided to the process server and myself by Mr. James Swanson, registered agent for Bairds U.S., LLC, but there was no answer.

5. On May 1, 2006 I called Mr. Baird's home in Alexandria, Virginia at 703-212-9611 and left a message on his answering machine asking him to return my call. Mr. Baird did not return my call.

6. On May 8, 2006 I searched the Virginia State Corporation Commission information for Baird's U.S., LLC. Mr. James K. Swanson continues to be listed as the registered agent and the principal office address is 1101 S. Arlington, Ridge Rd., #303, Arlington, VA 22202-9230. I called the Virginia State Corporation Commission and they confirmed that this was the current and only information in their files for Baird's U.S., LLC.

By: [signature]
Elizabeth E. Eaton
Legal Assistant to David A. Holzworth

Commonwealth of Virginia



State Corporation Commission

Enter

Signoff

Help

Print

```
WEB#360                              CIS                                05/08/06
TCP00043    LLCM3220            LLC DATA INQUIRY                        13:34:25
     LLC ID:  S081771  -    STATUS: 00  ACTIVE          STATUS DATE:  10/29/03
   LLC NAME:  Baird's U.S., LLC

DATE OF FILING: 08/02/2002  PERIOD OF DURATION: 04/30/2040  INDUSTRY CODE: 00
STATE OF FILING:  VA VIRGINIA                   MERGER INDICATOR:
                                            CONVERSION INDICATOR:
              P R I N C I P A L   O F F I C E   A D D R E S S
     STREET:  1101 S ARLINGTON RIDGE RD #303

       CITY:  ARLINGTON                      STATE:  VA  ZIP:  22202-9230
           R E G I S T E R E D   A G E N T   I N F O R M A T I O N
   R/A NAME:  JAMES K SWANSON

     STREET:  1101 S ARLINGTON RIDGE RD #303

       CITY:  ARLINGTON                      STATE:  VA  ZIP:  22202-1923
R/A STATUS: 1 MEMBER/MANAGER   EFF DATE:  08/02/02 LOC: 106  ARLINGTON COUNT
       YEAR       FEES        PENALTY     INTEREST       BALANCE
        05           50.00
COMMAND:
```

NOTE: Function Key usage varies depending on the Application Screen.
For specifics, refer to Function Key Documentation.

Commonwealth of Virginia



State Corporation Commission

Enter

Signoff

Help

Print

```
WEB#164                                      CIS                                01/16/06
TCP00003     LLCM3220                  LLC DATA INQUIRY                         09:34:22
      LLC ID:  S081771  -      STATUS: 00   ACTIVE               STATUS DATE:   10/2
    LLC NAME:  Baird's U.S., LLC

DATE OF FILING: 08/02/2002  PERIOD OF DURATION: 04/30/2040   INDUSTRY CODE: (
STATE OF FILING:  VA VIRGINIA                  MERGER INDICATOR:
                                           CONVERSION INDICATOR:
               P R I N C I P A L   O F F I C E   A D D R E S S
      STREET:  1101 S ARLINGTON RIDGE RD #303

        CITY:  ARLINGTON                       STATE:  VA  ZIP:  22202-9230
             R E G I S T E R E D   A G E N T   I N F O R M A T I O N
    R/A NAME:  JAMES K SWANSON

      STREET:  1101 S ARLINGTON RIDGE RD #303

        CITY:  ARLINGTON                       STATE:  VA  ZIP:  22202-1923
R/A STATUS: 1 MEMBER/MANAGER   EFF DATE:  08/02/02 LOC: 106  ARLINGTON COUNT
       YEAR        FEES         PENALTY      INTEREST        BALANCE
        05           50.00
COMMAND:
```

NOTE: Function Key usage varies depending on the Application Screen.
For specifics, refer to Function Key Documentation.

Yahoo! My Yahoo! Mail

YAHOO! PEOPLE SEARCH Sign In
New User? Sign Up

Search the Web Search

People Search Home - Help

**Your People Search:**

Create / Edit My Listing - Remove My Listing

first James last Swanson city Arlington state Virginia Yahoo! Search

**SPONSOR RESULTS BY INTELIUS** (What's this?)

- **James Swanson - More Information Available.** Address History, Criminal Check, Law Suits, Judgments, Bankruptcy, Liens, Property Value, Asset Search, Aliases, Roommates and Relatives, Marriage Records and More. www.intelius.com

## Detailed Information

Your Search: **James Swanson** (New Search)

### James Swanson

1101 S Arlington Ridge Rd
Arlington, VA 22202-1951 (map)

Tel.: (703) 521-5235

**Tools:** Add to my Yahoo! Address Book - vCard

**SPONSOR RESULTS BY INTELIUS** (What's This)

- **More Information Found in Public Records for James Swanson** Current Unlisted Number and Address, Address History, Criminal Check, Law Suits, Judgments, Bankruptcy, Liens, Property Value, Asset Search, Aliases, Roommates and Relatives, Marriage Records and More. www.intelius.com

**Search the Web:** James Swanson, Arlington, Virginia Yahoo! Search Advanced Web Search

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy

Yahoo! My Yahoo! Mail

YAHOO! PEOPLE SEARCH Sign In
New User? Sign Up

Search the Web Search

People Search Home - Help

**Your People Search:**

Create / Edit My Listing - Remove My Listing

first Francois last Baird city Alexandria state Virginia Yahoo! Search

SPONSOR RESULTS BY INTELIUS (What's this?)

- **Francois Baird - More Information Available.** Address History, Criminal Check, Law Suits, Judgments, Bankruptcy, Liens, Property Value, Asset Search, Aliases, Roommates and Relatives, Marriage Records and More.
www.intelius.com

## Detailed Information

Your Search: **Francois Baird** (New Search)

### Francois Baird

206 Gretna Green Ct
Alexandria, VA 22304-5601 (map)

Tel.: (703) 212-9611

**Tools:** Add to my Yahoo! Address Book - vCard

SPONSOR RESULTS BY INTELIUS (What's This)

- **More Information Found in Public Records for Francois Baird** Current Unlisted Number and Address, Address History, Criminal Check, Law Suits, Judgments, Bankruptcy, Liens, Property Value, Asset Search, Aliases, Roommates and Relatives, Marriage Records and More.
www.intelius.com

---

**Search the Web:** Francois Baird, Alexandria, Virginia Yahoo! Search Advanced Web Search

---

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy