**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC.** ) ) ) ) | |
|      **Plaintiff**    ) ) | **Civil Action No.: 05-2389 (GK)** |
|      v.    ) ) | **Judge Gladys Kessler** |
| **AGUSTAWESTLAND, INC., et al.**  ) ) | **Next Scheduled Deadline:** Requests for Admission June 9, 2006 |
|      **Defendants.**  ) ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR
LEAVE TO AMEND ITS COMPLAINT AND ADD A PARTY**

This matter is before the Court upon Plaintiff's Motion for Leave to Amend its Complaint and Add a Party pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

It is hereby **ORDERED** that the Motion be and hereby is **GRANTED**.

**DONE AND ORDERED** on this _____ day of May, 2006.

 

_____
The Honorable Gladys Kessler
United States District Court Judge

Copies to:

Gregory B. Craig, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

David A. Holzworth, Esq.
Lepon Holzworth & Kato PLLC
1225 19th Street, N.W., #500
Washington, D.C. 20036