UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHLOPAK, LEONARD,<br>SCHECHTER AND ASSOCIATES, INC.<br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>v.<br><br>AGUSTAWESTLAND, INC.<br>    Defendant and<br>    Counterclaim Plaintiff,<br><br>and<br><br>DANIEL G. HILL<br>    Defendant. | Civil Action No.: 1:05-cv-02389-GK<br>Judge Gladys Kessler<br>Next Scheduled Event: Requests for<br>    Admissions Due<br>    June 9, 2006 |

### DEFENDANT/COUNTERCLAIM PLAINTIFF'S MOTION FOR
### LEAVE TO FILE THE SECOND AMENDED COUNTERCLAIM

Pursuant to Fed. R. Civ. P. 7(b), 13(h), and 15(a), Defendant/Counterclaim Plaintiff AgustaWestland, Inc. respectfully moves the Court for leave to file the Second Amended Counterclaim lodged herewith. The reasons for this Motion are more fully set forth in the accompanying memorandum of points and authorities in support of this motion.

Pursuant to LCvR 7(m), counsel for the parties conferred by telephone on May 2, 2006, and subsequently via e-mail and correspondence. Counsel for Plaintiff/Counterclaim Defendant opposes this motion to amend.

//

//

//

//

//

1

Respectfully submitted,

By: _____/s/ David A. Holzworth_____
David A. Holzworth (D.C. Bar 322966)
Hiromi Maruyama (D.C. Bar 484098)
LEPON HOLZWORTH & KATO PLLC
1225 19th Street, N.W., #500
Washington, D.C. 20036
Tel: (202) 857-0242
Fax:(202) 857-0189

Date: May 9, 2006

Counsel for Defendant and Defendant/Counterclaim Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHLOPAK, LEONARD,<br>SCHECHTER AND ASSOCIATES, INC.<br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>v.<br><br>AGUSTAWESTLAND, INC.<br>    Defendant and<br>    Counterclaim Plaintiff,<br><br>and<br><br>DANIEL G. HILL<br>    Defendant. | Civil Action No.: 1:05-cv-02389-GK<br>Judge Gladys Kessler<br>Next Scheduled Event:<br>    Request for Admissions Due<br>    June 9, 2006 |

**DEFENDANT AND COUNTERCLAIM PLAINTIFF'S
MEMORANDUM IN SUPPORT OF THE MOTION TO FILE
THE SECOND AMENDED COUNTERCLAIM**

Pursuant to Fed. R. Civ. P. 7(b), 13(h), and 15(a), Defendant/Counterclaim Plaintiff AgustaWestland, Inc. respectfully moves the Court to direct the clerk to accept the lodged Second Amended Counterclaim for filing.

**ARGUMENT**

Under Rule 15(a), a party may amend its pleading a second time by leave of court, which "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a).

Rule 15(a) confers on the Court broad discretion and provides that motions to amend should be looked upon with favor under the liberal pleading standards of the federal rules. *See, S.E.C. v. Nat'l Student Mktg. Corp.*, 73 F.R.D. 444, 447 (D.D.C. 1977). In addition, the leave to amend must be given freely, in the absence of any apparent or declared reason such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to

1

cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, and futility of amendment. *See, Foman v. Davis,* 371 U.S. 178, 182 (1962). The crucial factor in denying leave is the resulting prejudice to the opposing party, which is minimal here. *See, Nat'l Student Mktg. Corp,* 73 F.R.D. at 448 *citing Howey v. U.S.,* 481 F.2d 1187, 1190 (9th Cir. 1973). As discussed below, AgustaWestland meets the standard for a favorable exercise of discretion by this Court.

Under Rule 13(h), non-parties may be joined as Counterclaim Defendants in accordance with the provisions of Fed. R. Civ. P. 19 ("necessary parties") and Fed. R. Civ. P. 20 (permissive joinder). *See,* Fed. R. Civ. P. 13(h). Rule 20(a), which is applicable here, permits joinder of parties so long as their claims "aris[e] out of the same transactions or occurrences" and feature "questions of law or fact common to all these persons…" *See,* Fed. R. Civ. P. 20(a); *Carabillo v. Ullico, Inc.,* 357 F.Supp.2d 249, 255 (D.D.C. 2004), *citing American Directory Service Agency, Inc. v. Beam,* No. 87-1653, 1988 WL 33502 (D.D.C. Mar. 28, 1988) (motion granted to add counterclaim defendants under Rule 13(h)).[1]

Through the discovery conducted to date, AgustaWestland has determined that CLS had disclosed the scope and nature of its services rendered on behalf of AgustaWestland more extensively than previously thought. AgustaWestland also discovered more precise information as to CLS's hidden fees paid to Mr. Francois Baird and/or his companies and another individual from the unearned fees that CLS invoiced to AgustaWestland, as well as the secret arrangements that were made to hide this information from AgustaWestland. The

---

[1] The *Carabillo* case is distinguishable from the case at bar, because the court in *Carabillo* determined that the claims against the newly-added counterclaim defendant did not raise questions of law or fact common to all defendants. In our case, the alleged facts and the questions of law are essentially the same among existing Counterclaim Defendant CLS and the newly-added Counterclaim Defendants.

2

Second Amended Counterclaim pleads additional remedies, integrates these newly-discovered facts, and joins CLS's partners as Counterclaim Defendants.

Because the claims against the newly-added parties arise out of the same transactions and occurrences and feature the same questions of law or fact common to all of the counterclaim defendants, the requirements under Rule 13(h) are met. In addition, discovery is still in progress, and the Plaintiff/Counterclaim Defendant has not filed its responsive pleading. Any prejudice to Plaintiff/Counterclaim Defendant and newly-joined parties will be minimal.

**CONCLUSION**

For the reasons set forth above, AgustaWestland's Motion for Leave to File the Second Amended Counterclaim should be granted, and the Clerk's Office should file the lodged Second Amended Counterclaim.

                              Respectfully submitted,

By:     /s/ David A. Holzworth
       David A. Holzworth (D.C. Bar 322966)
       Hiromi Maruyama (D.C. Bar 484098)
       LEPON HOLZWORTH & KATO PLLC
       1225 19th Street, N.W., #500
       Washington, D.C. 20036
       Tel: (202) 857-0242
       Fax:(202) 857-0189

Date: May 9, 2006        Counsel for Defendant and Defendant/Counterclaim Plaintiff

3

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's and Defendant/Counterclaim Plaintiff's Motion for Leave to File the Second Amended Counterclaim, the accompanying memorandum in support of the motion, and Defendant/Counterclaim Plaintiff's Second Amended Counterclaim, and a Proposed Order were filed electronically with the Clerk of the Court through the Electronic Case Filing System on May 9, 2006, and that the Court's Electronic Case Filing System will send a Notice of Electronic Filing to the following:

>Gregory B. Craig, Esq.
>Williams & Connolly, LLP
>725 12th Street, N.W.,
>Washington, DC 20005

>Counsel for Plaintiff and Counterclaim Defendant

/s/ David A. Holzworth
David A. Holzworth
LEPON HOLZWORTH & KATO, PLLC
1225 19th Street, NW, Suite 500
Washington, DC 20036
Tel: 202-857-0242
Fax: 202-861-0610