UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHLOPAK, LEONARD,**<br>**SCHECHTER AND ASSOCIATES, INC.**<br>        **Plaintiff and**<br>        **Counterclaim Defendant,**<br><br>v.<br><br>**AGUSTAWESTLAND, INC.**<br>        **Defendant and**<br>        **Counterclaim Plaintiff,**<br><br>and<br><br>**DANIEL G. HILL**<br>        **Defendant.** | Civil Action No.: 1:05-cv-02389-GK<br>Judge Gladys Kessler<br>Next Scheduled Event:<br>    Request for Admissions Due<br>    June 9, 2006 |

**ORDER**

Upon consideration of Defendant/Counterclaim Plaintiff AgustaWestland, Inc.'s Motion for Leave to File the Second Amended Counterclaim, the memorandum in support thereof, any opposition thereto, the record in this case, and for good cause shown, it is hereby

ORDERED, this ___ day of _____, 2006, that Defendant/Counterclaim Plaintiff's Motion for Leave to File the Second Amended Counterclaim is GRANTED;

IT IS FURTHER ORDERED, that the Clerk shall file the lodged Second Amended Counterclaim in this case.

IT IS SO ORDERED.

                                        _____
                                        The Honorable Gladys Kessler
                                        United States District Court Judge

CC:

David A. Holzworth, Esq.
LEPON HOLZWORTH & KATO PLLC
1225 19th Street, N.W., #500
Washington, D.C. 20036

Gregory B. Craig, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.,
Washington, DC 20005

Case 1:05-cv-02389-GK    Document 30-3    Filed 05/09/2006    Page 2 of 2