UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHLOPAK, LEONARD,<br>SCHECHTER AND ASSOCIATES, INC.<br>  Plaintiff and<br>  Counterclaim Defendant,<br><br>v.<br><br>AGUSTAWESTLAND, INC.<br>  Defendant and<br>  Counterclaim Plaintiff,<br><br>and<br><br>DANIEL G. HILL<br>  Defendant. | Civil Action No.: 1:05-cv-02389-GK<br>Judge Gladys Kessler<br>Next Scheduled Event: Requests for<br>  Admissions Due<br>  June 9, 2006 |

**DEFENDANT'S AND DEFENDANT/COUNTERCLAIM PLAINTIFF'S
NOTICE OF FILING UNDER SEAL**

PLEASE TAKE NOTICE that, pursuant to Paragraph 12 of the Protective Order dated January 17, 2006, Defendant and Defendant/Counterclaim Plaintiff are filing, under seal, all the Exhibits to their Memorandum in Opposition of Plaintiff/Counterclaim Defendant's Motion for Leave to Amend its Complaint and Add a Party.

            Respectfully submitted,

     By:  /s/ David A. Holzworth
        David A. Holzworth (D.C. Bar 322966)
        Hiromi Maruyama (D.C. Bar 484098)
        LEPON HOLZWORTH & KATO PLLC
        1225 19th Street, N.W., #500
        Washington, D.C. 20036
        Tel: (202) 857-0242;  Fax:(202) 857-0189

Date:  May 22, 2006    Counsel for Defendant and Defendant/Counterclaim
            Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's and Defendant/Counterclaim Plaintiff's Notice of Filing Under Seal was filed electronically with the Clerk of the Court through the Electronic Case Filing System on May 22, 2006, and that the Court's Electronic Case Filing System will send a Notice of Electronic Filing to the following:

    Gregory B. Craig, Esq.
    Williams & Connolly, LLP
    725 12th Street, N.W.,
    Washington, DC 20005

    Counsel for Plaintiff and Counterclaim Defendant

        /s/ David A. Holzworth
    David A. Holzworth
    LEPON HOLZWORTH & KATO, PLLC
    1225 19th Street, NW, Suite 500
    Washington, DC 20036
    Tel: 202-857-0242
    Fax: 202-861-0610