**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC.** | |
| Plaintiff | Civil Action No.: 05-2389 (GK) |
| v. | Judge Gladys Kessler |
| **AGUSTAWESTLAND, INC., et al.** | Next Scheduled Deadline: Requests for Admission June 9, 2006 |
| Defendants. | |

**ORDER DENYING DEFENDANT'S MOTION FOR**
**LEAVE TO FILE SECOND AMENDED COUNTERCLAIM**

This matter is before the Court upon Defendant's Motion for Leave to File Second Amended Counterclaim.

It is hereby **ORDERED** that the Motion be and hereby is **DENIED**.

**DONE AND ORDERED** on this _____ day of May, 2006.

_____
The Honorable Gladys Kessler
United States District Court Judge

Copies to:

Gregory B. Craig, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

David A. Holzworth, Esq.
Lepon Holzworth & Kato PLLC
1225 19th Street, N.W., #500
Washington, D.C. 20036