## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC.**<br>**Plaintiff and**<br>**Counterclaim Defendant,**<br><br>v.<br><br>**AGUSTAWESTLAND INC.**<br>**Defendant and**<br>**Counterclaim Plaintiff,**<br><br>**DANIEL G. HILL**<br>**Defendant.** | **Civil Action No.: 1:05cv2389 (GK)**<br>**Judge Gladys Kessler**<br><br>**Next Scheduled Event: Requests**<br>**for Admissions Due**<br>**June 9, 2006** |

### DEFENDANT'S AND DEFENDANT/COUNTERCLAIM PLAINTIFF'S
### NOTICE OF FILING EXHIBITS UNDER SEAL

PLEASE TAKE NOTICE that, pursuant to Paragraph 12 of the Protective Order

dated January 17, 2006, Defendant and Defendant/Counterclaim Plaintiff are filing under

seal all Exhibits to their Reply to Plaintiff's Opposition to Motion for leave to File the

Second Amended Counterclaim.

Respectfully submitted,


By:    /s/ David A. Holzworth
         David A. Holzworth  (D.C. Bar 322966)
         Hiromi Maruyama (D.C. Bar 484098)
         LEPON HOLZWORTH & KATO PLLC
         1225 19th Street, N.W., #500
         Washington, D.C. 20036
         Tel: (202) 857-0242
         Fax:(202) 857-0189

         Counsel for the
         Defendant and
         Defendant/Counterclaim Plaintiff


Dated: May 26, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's and

Counterclaim/Plaintiff's Notice of Filing Under Seal was served upon all counsel of

record by the Court's Electronic Case Filing System on May 26, 2006 to the following:

> Gregory B. Craig, Esq.
> Williams & Connolly, LLP
> 725 12th Street, N.W.,
> Washington, DC 20005
>
> Counsel for Plaintiff/Counterclaim Defendant

/s/ David A. Holzworth