IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC. ) ) ) ) Plaintiff ) ) v. ) ) AGUSTAWESTLAND, INC., et al. ) ) Defendants. ) ) | Civil Action No.: 05-2389 (GK) Judge Gladys Kessler Next Scheduled Deadline: Requests for Admission June 9, 2006 |

**PLAINTIFF'S NOTICE OF FILING UNDER SEAL**

PLEASE TAKE NOTICE that, pursuant to Paragraph 12 of the Protective Order dated January 17, 2006, Plaintiff Chlopak, Leonard, Schechter and Associates, Inc. ("CLS") is filing, under seal, the Exhibits to its Reply to Defendants' Opposition To Plaintiff's Motion for Leave to Amend its Complaint and Add a Party.

Respectfully submitted,

Dated: May 26, 2006

By: /s/ Gregory B. Craig
Gregory B. Craig (D.C. Bar 164640)
Amanda M. MacDonald (*pro hac vice*)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029

Attorneys for Plaintiff, Chlopak, Leonard, Schechter and Associates, Inc.