UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC.<br>**Plaintiff and Counterclaim Defendant,**<br><br>v.<br><br>AGUSTAWESTLAND INC.<br>**Defendant and Counterclaim Plaintiff,**<br><br>DANIEL G. HILL<br>**Defendant.** | Civil Action No.: 1:05cv2389 (GK)<br>Judge Gladys Kessler<br><br>Next Scheduled Event: Requests for Admissions Due June 9, 2006 |

### DEFENDANT'S AND DEFENDANT/COUNTERCLAIM PLAINTIFF'S NOTICE OF FILING REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR LEAVE TO FILE THE SECOND AMENDED COUNTERCLAIM UNDER SEAL

PLEASE TAKE NOTICE that, pursuant to Paragraph 12 of the Protective Order dated January 17, 2006, Defendant and Defendant/Counterclaim Plaintiff are filing under seal their Reply to Plaintiff's Opposition to Motion for leave to File the Second Amended Counterclaim.

Respectfully submitted,

By:  /s/ David A. Holzworth
David A. Holzworth  (D.C. Bar 322966)
Hiromi Maruyama (D.C. Bar 484098)
LEPON HOLZWORTH & KATO PLLC
1225 19th Street, N.W., #500
Washington, D.C. 20036
Tel: (202) 857-0242
Fax:(202) 857-0189

Counsel for the
Defendant and
Defendant/Counterclaim Plaintiff

Dated: May 30, 2006

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's and Counterclaim/Plaintiff's Notice of Filing Under Seal was served upon all counsel of record by the Court's Electronic Case Filing System on May 30, 2006 to the following:

Gregory B. Craig, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.,
Washington, DC 20005

Counsel for Plaintiff/Counterclaim Defendant


                                                /s/ David A. Holzworth