UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHLOPAK, LEONARD,<br>SCHECHTER AND ASSOCIATES, INC.<br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>v.<br><br>AGUSTAWESTLAND, INC.<br>    Defendant and<br>    Counterclaim Plaintiff,<br><br>and<br><br>DANIEL G. HILL<br>    Defendant. | Civil Action No.: 1:05-cv-02389-GK<br>Judge Gladys Kessler<br>Next Scheduled Event:<br>    Discovery Closed<br>    June 30, 2006 |

### JOINT MOTION TO STAY FURTHER DISCOVERY

Pursuant to the Court's January 25, 2006 Scheduling Order, the Parties request that the Court stay further discovery for five days until June 19, 2006. Plaintiff Chlopak, Leonard, Schechter and Associates, Inc. (Plaintiff) and Defendants AgustaWestland, Inc. and Daniel G. Hil (together Defendants) have consulted and have agreed that such a stay is warranted. The Parties have made substantial progress through mediation, and are attempting to complete settlement negotiations and reduce the terms of settlement to a written instrument.

Respectfully submitted,

| | |
|---|---|
|     /s/ Gregory B. Craig<br>Gregory B. Craig (D.C. Bar 164640)<br>Williams & Connolly, LLP<br>725 Twelfth Street, NW<br>Washington, DC 20036<br>Telephone: 202-434-5000<br>Telecopier: 202-434-5029<br><br>Counsel for Plaintiff |     /s/ David A. Holzworth<br>David A. Holzworth (D.C. Bar 322966)<br>Lepon Holzworth & Kato, PLLC<br>1225 19th Street, NW, Suite 500<br>Washington, DC 20036<br>Telephone: 202-857-0242<br>Telecopier: 202-861-0610<br><br>Counsel for Defendants |

Date: June 12, 2006

1

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Motion to Stay Further Discovery was served upon all counsel of record by the Court's Electronic Case Filing System on June 12, 2006 to the following:

>Gregory B. Craig, Esq.
>Williams & Connolly, LLP
>725 12th Street, N.W.,
>Washington, DC 20005
>
>Counsel for Plaintiff/Counterclaim Defendant

      /s/ David A. Holzworth