UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHLOPAK, LEONARD,<br>SCHECHTER AND ASSOCIATES, INC.**<br>      **Plaintiff and**<br>      **Counterclaim Defendant,**<br><br>v.<br><br>**AGUSTAWESTLAND, INC.**<br>      **Defendant and**<br>      **Counterclaim Plaintiff,**<br><br>and<br><br>**DANIEL G. HILL**<br>      **Defendant.** | Civil Action No.: 1:05-cv-02389-GK<br>Judge Gladys Kessler<br>Next Scheduled Event:<br>      Discovery Closed<br>      June 30, 2006 |

# ORDER

Upon consideration of Joint Motion to Stay Further Discovery, the record in this case, and for good cause shown, it is hereby

ORDERED, this ___ day of _____, 2006, that Joint Motion to Stay Further Discovery is GRANTED.

IT IS SO ORDERED.

                                                          _____
                                                          The Honorable Gladys Kessler
                                                          United States District Court Judge

CC:

David A. Holzworth, Esq.
LEPON HOLZWORTH & KATO PLLC
1225 19th Street, N.W., #500
Washington, D.C. 20036

Gregory B. Craig, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.,
Washington, DC 20005