UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHLOPAK, LEONARD,<br>SCHECHTER AND ASSOCIATES, INC.<br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>v.<br><br>AGUSTAWESTLAND, INC.<br>    Defendant and<br>    Counterclaim Plaintiff,<br><br>and<br><br>DANIEL G. HILL<br>    Defendant. | Civil Action No.: 1:05-cv-02389-GK<br>Judge Gladys Kessler<br>Next Scheduled Event:<br>    Discovery Closed<br>    June 30, 2006 |

## JOINT MOTION TO STAY FURTHER DISCOVERY

On June 13, 2006, the Court issued an Order granting Joint Motion to Stay Discovery until June 19, 2006. The Parties request that the Court further stay discovery for 11 days until June 30, 2006. Plaintiff Chlopak, Leonard, Schechter and Associates, Inc. (Plaintiff) and Defendants AgustaWestland, Inc. and Daniel G. Hill (together Defendants) have consulted and have agreed that such a stay is warranted. The Parties need additional time to complete settlement negotiations and reduce the terms of settlement to a written instrument.

Respectfully submitted,

| | |
|---|---|
|     /s/ Gregory B. Craig<br>Gregory B. Craig (D.C. Bar 164640)<br>Williams & Connolly, LLP<br>725 Twelfth Street, NW<br>Washington, DC 20036<br>Telephone: 202-434-5000<br>Telecopier: 202-434-5029<br><br>Counsel for Plaintiff |     /s/ David A. Holzworth<br>David A. Holzworth (D.C. Bar 322966)<br>Lepon Holzworth & Kato, PLLC<br>1225 19th Street, NW, Suite 500<br>Washington, DC 20036<br>Telephone: 202-857-0242<br>Telecopier: 202-861-0610<br><br>Counsel for Defendants |

Date: June 21, 2006

1

## CERTTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Motion to Stay Further Discovery was served upon all counsel of record by the Court's Electronic Case Filing System on June 21, 2006 to the following:

>Gregory B. Craig, Esq.
>Williams & Connolly, LLP
>725 12th Street, N.W.,
>Washington, DC 20005
>
>Counsel for Plaintiff/Counterclaim Defendant

/s/ Daniel S. Stromberg