UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHLOPAK, LEONARD,<br>SCHECHTER AND ASSOCIATES, INC.<br>**Plaintiff and**<br>**Counterclaim Defendant,**<br><br>v.<br><br>AGUSTAWESTLAND, INC.<br>**Defendant and**<br>**Counterclaim Plaintiff,**<br><br>and<br><br>DANIEL G. HILL<br>**Defendant.** | Civil Action No.: 1:05-cv-02389-GK<br>Judge Gladys Kessler<br>Next Scheduled Event:<br>   Dispositive Motions Due<br>   July 31, 2006 |

## ORDER

Upon consideration of Joint Motion to Stay Further Discovery, the record in this case, and for good cause shown, it is hereby

ORDERED, this ___ day of _____, 2006, that Joint Motion to Stay Further Discovery is GRANTED.

IT IS SO ORDERED.

_____
The Honorable Gladys Kessler
United States District Court Judge

CC:

David A. Holzworth, Esq.
LEPON HOLZWORTH & KATO PLLC
1225 19th Street, N.W., #500
Washington, D.C. 20036

Gregory B. Craig, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.,
Washington, DC 20005

1