**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC.** | ) ) ) | |
| **Plaintiff** | ) ) | **Civil Action No.:  05-2389 (GK)** |
| **v.** | ) ) | **Judge Gladys Kessler** |
| **AGUSTAWESTLAND, INC., et al.** | ) ) ) | **Next Scheduled Deadline:  Stay of Discovery Cutoff, July 17, 2006** |
| **Defendants.** | ) ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), and after extensive discovery and discussions among

the parties, Plaintiff Chlopak, Leonard, Schechter and Associates, Inc. and Defendants

AgustaWestland Inc. and Daniel G. Hill hereby agree to dismiss with prejudice the above-

referenced action.

Respectfully submitted,


        /s/ Gregory B. Craig                                 /s/ David A. Holzworth
Gregory B. Craig (D.C. Bar 164640)      David A. Holzworth (D.C. Bar 322966)
William & Connolly, LLP                 Hiromi Maruyama (D.C. Bar 484098)
725 Twelfth Street, N.W.                Lepon Holzworth & Kato, PLLC
Washington, D.C. 20036                  1225 19th Street, N.W., Suite 500
Telephone: 202-434-5000                 Washington, DC 20036
Telecopier:  202-434-5029               Telephone: 202-857-0242
                                        Telecopier:  202- 861-0610


Counsel for Plaintiff                   Counsel for Defendants

Date: July 12, 2006