UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC.<br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>v.<br><br>AGUSTAWESTLAND INC.<br>    Defendant and<br>    Counterclaim Plaintiff,<br><br>DANIEL G. HILL<br>    Defendant. | Civil Action No.: 1:05cv2389 (GK)<br>Judge Gladys Kessler<br><br>Next Scheduled Event:<br>Discovery Closed<br>July 14, 2006 |

**CONSENT MOTION TO SEAL THE RECORDS OF THE CASE**

Plaintiff Chlopak Leonard Schechter and Associates, Inc., Defendant/Counterclaim Plaintiff AgustaWestland Inc. and Defendant Daniel G. Hill hereby jointly move the Court to place all pleadings and papers filed in the case under seal, and as grounds state as follows:

1. This Court previously entered an order placing specified pleadings and documents under seal pursuant to a Protective Order also issued in this case.

2. The Parties represent to this Court that, as part of their settlement of the case, they are seeking leave of Court to place additional papers and pleadings under seal.

3. In addition, the terms of the Settlement Agreement dictate that the terms of the agreement be kept confidential, along with the events giving rise to the Settlement Agreement.

4.  This motion is made in good faith and not to prejudice any other person or entity.

Respectfully submitted,

| | |
|---|---|
| /s/ Gregory B. Craig | /s/ David A. Holzworth |
| Gregory B. Craig (D.C. Bar 164640) | David A. Holzworth (D.C. Bar 322966) |
| William & Connolly, LLP | Hiromi Maruyama (D.C. Bar 484098) |
| 725 Twelfth Street, N.W. | Lepon Holzworth & Kato, PLLC |
| Washington, D.C. 20036 | 1225 19th Street, N.W., Suite 500 |
| Telephone: 202-434-5000 | Washington, DC 20036 |
| Telecopier: 202-434-5029 | Telephone: 202-857-0242 |
| | Telecopier: 202- 861-0610 |
| Counsel for Plaintiff | Counsel for Defendants/Counterclaim Plaintiff |

Date: July 12, 2006