UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHLOPAK, LEONARD, SCHECHTER AND ASSOCIATES, INC., | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-2389 (GK) |
| AGUSTAWESTLAND, INC., *et al.*, | : : | |
| Defendants. | : : | |

## ORDER

The parties have filed a Consent Motion to Seal the Records of the Case along with their Joint Stipulation of Dismissal with Prejudice. Any Order which has placed specific pleadings and documents under seal pursuant to a Protective Order will remain in place. However, the Court sees no need to place all pleadings and papers filed in this case under seal. Finally, there is no need for the Settlement Agreement itself or its terms to be filed. Given that fact, the parties need have no worry about keeping its terms confidential.

For these reasons, the Court concludes that the Consent Motion to Seal the Records should be **denied**.

July 13, 2006

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**